# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CITY OF POMONA | CASE NUMBER |
| | CV 11-00167-RGK (VBKx) |
| PLAINTIFF(S) | |
| v. | |
| SOCIEDAD QUIMICA Y MINERA DE CHILE, SA, et al. | **JUDGMENT ON THE VERDICT FOR DEFENDANT(S)** |
| DEFENDANT(S). | |

This action having been tried before the Court sitting with a jury, the Honorable R. GARY KLAUSNER, District Judge, presiding; the issues having been duly tried and the jury having duly rendered its verdict.

IT IS ORDERED AND ADJUDGED that the plaintiff(s):

CITY OF POMONA

take nothing; that the action be dismissed on the merits; and that the defendant(s):

SOCIEDAD QUIMICA Y MINERA DE CHILE, SA, et al.

recover of the plaintiff(s) its costs of action, taxed in the sum of _____ .

Clerk, U. S. District Court

Dated: 6/10/15                           By S. Williams
                                            Deputy Clerk

At: Los Angeles

cc: Counsel of record

CV-44 (11/96)                    JUDGMENT ON THE VERDICT FOR DEFENDANT(S)