UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - TRIAL**

| | |
|---|---|
| Case No. | CV 11-00167-RGK (JEMx) |
| Title: | ***CITY OF POMONA v. SQM NORTH AMERICA CORPORATION*** |
| Date | May 15, 2018 |

Present: The Honorable   R. GARY KLAUSNER, UNITED STATES DISTRICT JUDGE

| Sharon L. Williams | Sandra MacNeil/Marea Woolrich |
|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder* |

| Attorneys Present for Plaintiff(s): | Attorneys Present for Defendants: |
|---|---|
| Richard Head; Ken Sansone | R. Gaylord Smith; Michael Johnson |

\_\_\_ Day Court Trial   5th Day Jury Trial

\_\_\_ One day trial:   \_\_\_ Begun (1st day);   X  Held & Continued;   \_\_\_ Completed by jury verdict/submitted to court.

\_\_\_ The Jury is impaneled and sworn.

\_\_\_ Opening statements made by _____

X  Witnesses called, sworn and testified.   X  Exhibits Identified   X  Exhibits admitted.

\_\_\_ Plaintiff(s) rest.   \_\_\_ Defendant(s) rest.

\_\_\_ Closing arguments made by   \_\_\_ plaintiff(s)   \_\_\_ defendant(s).   \_\_\_ Court instructs jury.

\_\_\_ Bailiff(s) sworn.   \_\_\_ Jury retires to deliberate.   \_\_\_ Jury resumes deliberations.

\_\_\_ Jury Verdict in favor of   \_\_\_ plaintiff(s)   \_\_\_ defendant(s) is read and filed.

\_\_\_ Jury polled.   \_\_\_ Polling waived.

\_\_\_ Filed Witness & Exhibit Lists   \_\_\_ Filed jury notes.   \_\_\_ Filed jury instructions.

\_\_\_ Judgment by Court for   \_\_\_ plaintiff(s)   \_\_\_ defendant(s).

\_\_\_ Findings, Conclusions of Law & Judgment to be prepared by   \_\_\_ plaintiff(s)   \_\_\_ defendant(s).

\_\_\_ Case submitted.   \_\_\_ Briefs to be filed by _____

\_\_\_ Motion to dismiss by _____ is   \_\_\_ granted.   \_\_\_ denied.   \_\_\_ submitted.

\_\_\_ Motion for mistrial by _____ is   \_\_\_ granted.   \_\_\_ denied.   \_\_\_ submitted.

\_\_\_ Motion for Judgment/Directed Verdict by _____ is   \_\_\_ granted.   \_\_\_ denied.   \_\_\_ submitted.

\_\_\_ Settlement reached and placed on the record.

\_\_\_ Clerk reviewed admitted exhibits with counsel to be submitted to the Jury/Court for deliberation/findings.

\_\_\_ Counsel stipulate to the return of exhibits upon the conclusion of trial. Exhibit Release Form prepared and filed.

\_\_\_ Trial subpoenaed documents returned to subpoenaing party.

X  Case continued to   May 16, 2018 at 8:30 a.m.   for further trial/further jury deliberation.

5 : 30

Initials of Deputy Clerk   slw