# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CITY OF POMONA<br><br>PLAINTIFF(S)<br>v.<br>SQM NORTH AMERICA CORPORATION<br><br>DEFENDANT(S). | CASE NUMBER<br><br>2:11-CV-00167-RGK-JEM<br><br>**JUDGMENT ON THE VERDICT FOR DEFENDANT(S)** |

    This action having been tried before the Court sitting with a jury, the Honorable R. GARY KLAUSNER, District Judge, presiding; the issues having been duly tried and the jury having duly rendered its verdict.

    IT IS ORDERED AND ADJUDGED that the plaintiff(s):

CITY OF POMONA

take nothing; that the action be dismissed on the merits; and that the defendant(s):

SQM NORTH AMERICA CORPORATION

recover of the plaintiff(s) its costs of action, taxed in the sum of _____.

                                  Clerk, U. S. District Court

Dated: 5/17/18

By S. Williams
    Deputy Clerk

At: Los Angeles, CA

cc: Counsel of record

CV-44 (11/96)                                   **JUDGMENT ON THE VERDICT FOR DEFENDANT(S)**