

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

HONORABLE R. GARY KLAUSNER, U.S. DISTRICT JUDGE

– – – –

CITY OF POMONA,                          )
                                         )
                    PLAINTIFF,           )
                                         )
     vs.                                 )    No. CV 11-00167-RGK
                                         )
SQM NORTH AMERICA CORPORATION,           )
                                         )
                    DEFENDANT.           )
_____)

REPORTER'S TRANSCRIPT OF JURY TRIAL

DAY 5, AFTERNOON SESSION

TUESDAY, MAY 15, 2018

1:02 P.M.

LOS ANGELES, CALIFORNIA

_____

SANDRA MacNEIL, CSR 9013, RPR, CRR, RMR
Official Reporter, U.S. District Court
255 East Temple Street
Los Angeles, CA  90012
213.894.5949

```
1                    APPEARANCES OF COUNSEL:

2

3    FOR PLAINTIFF, CITY OF POMONA:

4         SL ENVIRONMENTAL LAW GROUP, PC
          BY:  RICHARD W. HEAD, ATTORNEY AT LAW
5              KENNETH A. SANSONE, ATTORNEY AT LAW
          201 FILBERT STREET
6         SUITE 401
          SAN FRANCISCO, CALIFORNIA  94133
7         603.464.0267; 415.348.8300
          rhead@slenvironment.com
8         ksansone@slenvironment.com

9

10   FOR DEFENDANT, SQM NORTH AMERICA CORPORATION:

11        LEWIS BRISBOIS BISGAARD & SMITH, LLP
          BY:  R. GAYLORD SMITH, ATTORNEY AT LAW
12        701 "B" STREET
          SUITE 1900
13        SAN DIEGO, CALIFORNIA  92101
          619.233.1006
14        bob.smith@lewisbrisbois.com

15        LEWIS BRISBOIS BISGAARD & SMITH, LLP
          BY:  MICHAEL K. JOHNSON, ATTORNEY AT LAW
16        333 BUSH STREET
          SUITE 1100
17        SAN FRANCISCO, CALIFORNIA  94104-4431
          415.362.2580
18        michael.johnson@lewisbrisbois.com

19

20   ALSO PRESENT:

21        GINNA ESCOBAR
          MEG McWADE
22        JASON LISICA
          JOHN HUYNH
23

24

25
```

| | |
|---|---|
| 1 | *I N D E X* |
| 2 | TUESDAY; MAY 15, 2018 |
| 3 | AFTERNOON SESSION |
| 4 | |
| 5 | |
| 6 | *WITNESSES* |

| 7 | *DEFENSE WITNESSES:* | *PAGE:* |
|---|---|---|
| 8 | *RHODES TRUSSELL* | |
| 9 | DIRECT EXAMINATION, CONTINUED, BY MR. SMITH | 5 |
| 10 | CROSS-EXAMINATION BY MR. HEAD | 10 |
| 11 | REDIRECT EXAMINATION BY MR. SMITH | 14 |
| 12 | | |
| 13 | *EUGENIO PONCE* | |
| 14 | DIRECT EXAMINATION BY MR. SMITH | 17 |
| 15 | CROSS-EXAMINATION BY MR. SANSONE | 49 |
| 16 | REDIRECT EXAMINATION BY MR. SMITH | 64 |
| 17 | | |
| 18 | *LIAM RICHARD LATON* | |
| 19 | DIRECT EXAMINATION BY MR. SMITH | 68 |

| | |
|---|---|
| 20 | |
| 21 | |
| 22 | |
| 23 | |
| 24 | |
| 25 | |

UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA

1

# *E X H I B I T S*

2

3

| TRIAL EXHIBIT NO.: | MARKED FOR I.D. AT PAGE: | RECEIVED IN EVIDENCE AT PAGE: |
|---|---|---|
| 2164-1 | -- | 82 |
| 2508 | -- | 41 |
| 2546-106 | -- | 73 |
| 2546-112 | -- | 77 |
| 2546-113 | -- | 78 |
| 2546-123 | -- | 98 |
| 4340-9 | -- | 43 |
| 4343-28, -29 | -- | 39 |
| 4345-5, -6 | -- | 40 |
| 4541 | -- | 85 |
| 4542 | -- | 87 |
| 4544 | -- | 89 |
| 4621 | -- | 79 |

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

```
 1              LOS ANGELES, CALIFORNIA; TUESDAY, MAY 15, 2018

 2                          1:02 P.M.

 3                           -oOo-

 4

 5       (In the presence of the jury:)

 6              THE COURT:  Okay.  The record will reflect that all

 7   the members of the jury are in their respective seats in the

 8   jury box, the witness is on witness stand, and we were at

 9   direct examination.

10       Counsel, you may continue.

11              MR. SMITH:  Thank you, Your Honor.

12       Please put before the witness only Exhibit 4528.  I

13   forgot, I can't see it.

14                 RHODES TRUSSELL, DEFENSE WITNESS,

15                  DIRECT EXAMINATION (CONTINUED)

16   BY MR. SMITH:

17   Q.   Do you have 4528 in front of you?

18   A.   Yes, I do.  The Urban Water Management Plan.

19   Q.   Yes.  Did you consider the Pomona 2005 Urban Water

20   Management Plan in reaching your opinions in this case?

21   A.   Yes.  Particularly this excerpt.

22   Q.   First of all, tell the jury, what is an urban water

23   management plan?

24   A.   City of Pomona can probably describe that better than I,

25   but let me give you a rough idea.
```

UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA

```
 1        About a decade ago, the State passed regulations that
 2   require every water utility do a -- a plan for its management
 3   of water and renew that plan every five years, and that's
 4   called a urban water management plan.  In the plan, they
 5   discuss all their sources and how much they expect from each
 6   one, and water quality issues, other things associated with it.
 7   Q.   Did you consider page 42 from the Pomona's 2005 Urban
 8   Water Management Plan?
 9   A.   Yes.
10   Q.   Would you read into the record the portion of Pomona's
11   water management plan that you are referencing from page 42.
12   A.   Okay.
13        "The future water supply projections assume normal
14        operational status for all the City's production
15        facilities."
16   Q.   Now read the next part a little slower, because the court
17   reporter can only type at a reasonable speed.
18   A.   "However, the City continues to encounter water quality
19        Issues in its groundwater supplies with nitrates,
20        perchlorate, VOCs" -- that stands for volatile organic
21        chemicals -- "et cetera."
22        "These constituents are addressed by the City's various
23        groundwater treatment plants, open parens, anion
24        exchange plant, comma, Well 3, 10 and Town groundwater
25        treatment facility, Well 29, closed parenthesis, or
```

UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA

```
 1          plans to build additional facilities for treatment of

 2          groundwater sources currently not being used due to

 3          water quality problems."

 4   Q.    Did you also consider Pomona's 2005 Watermaster Plan --

 5   A.    Yes.

 6   Q.    -- at page 5-33?

 7   A.    Yeah, that was prepared by Montgomery -- MWH.

 8   Q.    Can you -- and that's a consulting firm?

 9   A.    The one I used to work for, but not at that time.  I left

10   in 2003.  The plan was prepared in 2005.

11              MR. SMITH:  And put 2527 in front of the witness,

12   please.

13   Q.    Is this excerpt from Pomona's 2005 Watermaster Plan at

14   page 5-33?

15   A.    It says, "Protests made in Upland council meeting under

16   curb on fertilizer."  No.  Wrong exhibit.

17   Q.    I think we have the wrong exhibit.

18         Do we have 2527?

19         Let me do this, Your Honor.  I don't need it as an

20   exhibit.

21         Can you remember the sentence that you read from the 2005

22   Watermaster Plan that you're relying upon from your report?

23   And if you can, fine; if you can't, I'll refresh your

24   recollection.

25   A.    I can't remember it verbatim, but it refers to the
```

UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA

1  treatment of certain contaminants.

2  Q.   And --

3  A.   Including perchlorate.

4  Q.   Now, we can do this the easy way.  Take a look at 4527.

5  4527.  Is it on your screen?

6  A.   Yes.

7  Q.   Does that refresh you as to what page 5-33 said?

8  A.   Right.  The last sentence I think is particularly

9  pertinent.  It says, "Treatment at the AEP effectively removes

10  perchlorate from the water."

11  Q.   So is that from a -- that's from Pomona's 2005 Watermaster

12  Plan, correct?

13  A.   Yes, page 5-33.  Chapter 5, page 33.

14  Q.   And in the wording that you read, is that in the future

15  tense or the present tense?

16  A.   Present tense.

17  Q.   Effectively removes, correct?

18  A.   Correct.  Perchlorate.  And since that's in 2005, that

19  must refer to AEP-1 and 2, not 3, because it wasn't built yet.

20  Q.   Correct.  And did you see the effects of Pomona's

21  treatment of perchlorate before 2007 in the water quality data?

22      Do you want to take a look at 45 --

23  A.   Yeah, it's -- you can show the exhibit, but I think the

24  answer that I'll have to give you is, it's difficult to

25  discriminate between actions they might have taken to take

UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA

1    supplies of perchlorate offline and treatment they may have

2    taken to reduce perchlorate.

3    Q.   Okay.

4    A.   But it would appear that actions were taken to reduce the

5    perchlorate somewhat, because the levels before any action

6    level or notification level was promulgated ranged from 6 to 8,

7    and the levels after the notification limit -- because there's

8    a time between when the notification became 6 and the

9    regulation came in place.  About three years.  And during that

10   time, what happened is, the State announced the notification

11   limit and the intention to regulate.  And the regulation

12   process, very formal, lot of review and back and forth, but

13   everybody knew it was going to be 6 for three years.  And you

14   can see evidence of the City managing to get around 6.  So, you

15   know, milligram or so -- a microgram per liter or so less than

16   they had before.  I don't know if they did it by selecting

17   wells, by running more water through the AEP, by adding more

18   salt to AEP, or a combination of those, but those actions not

19   as extreme as those they took once the MCL came in place.

20   Q.   Did all of those actions that you've listed have a

21   financial impact on the City in some way or the other?

22   A.   Yes.

23   Q.   And if we go back to the 2005 Watermaster Plan statement

24   where it says treatment at the AEP effectively removes

25   perchlorate from the water, if we assume that it indeed is

UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA

1   treating the perchlorate in the AEP, does that also have a

2   financial impact on the City before the MCL was adopted in

3   2007?

4   A.   Yes.  In fact, it's evident from testimony earlier.

5   Mr. Poulsen, I think, or -- von Bucher's report, also, that the

6   City makes a priority of using untreated groundwater first, or

7   Pedley water first, then untreated groundwater, then

8   groundwater through its AEP operation.  And in the AEP

9   operation, they try to get as much around the plant, bypass, so

10   it doesn't require treatment, as they can, because it costs

11   more to run it through the plant and pay for the salt and the

12   power to do that.  And so it's a reasonable thing.

13             MR. SMITH:  I have no further questions.  Thank you.

14             THE COURT:  All right.

15             MR. HEAD:  Thank you, Your Honor.

**CROSS-EXAMINATION**

17   BY MR. HEAD:

18   Q.   Good afternoon, Mr. Trussell.

19   A.   Good afternoon.

20   Q.   You just mentioned a Darron Poulsen.  You understand he's

21   the director of water resources; is that right?

22   A.   I believe that's correct.

23   Q.   And you were talking about his testimony and that of

24   Mr. von Bucher.

25   A.   Mm-hmm.

```
 1   Q.   And you understand that Mr. Poulsen, the director of water
 2   resources for the City of Pomona, he testified that over the
 3   last two years they've had to operate at a reduced load in
 4   order to put on different treatment equipment?
 5   A.   True.
 6   Q.   You heard that, didn't you?
 7   A.   Yes.
 8   Q.   And then as of approximately February of this year,
 9   they've brought the AEP up to full capacity, and they're now
10   operating at full capacity between --
11           MR. SMITH:  Objection, mischaracterizing the
12   testimony.
13           THE COURT:  Well, you're going to have to go a
14   little slower.  Why don't you start again.
15           MR. HEAD:  That's fair.  Thank you, Your Honor.
16   Q.   Mr. Poulsen testified as of this year they've been
17   operating at full capacity.  You understand that?
18           MR. SMITH:  Objection, Your Honor, misstated prior
19   testimony.
20           THE COURT:  Overruled.
21       Is that your understanding?
22           THE WITNESS:  I understand that he testified.
23   BY MR. HEAD:
24   Q.   And he testified to the effect that since about February
25   they've been operating at full capacity, around 15 to 20
```

UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA

```
 1   million gallons a --
 2   A.   He said from 15, 20, and he talked about 8 of 14 wells, or
 3   was it 6 of 14 wells, being offline and that they brought those
 4   back on and that they are running, he said, near full capacity,
 5   which he ranged from 15 to 20 MG.  Pretty big range.
 6   Q.   Okay.  And you also understand that in the operation of
 7   their water system generally, the City of Pomona meets its MCL
 8   requirements?  You understand that, don't you?
 9   A.   Sure.  Yes.  Sorry.
10   Q.   And prior to the MCL going into effect, they would have to
11   report any exceedances, but they weren't required to treat
12   prior to the MCL.  You understand that, too, don't you?
13   A.   Yes.
14   Q.   You are also familiar with an engineering firm that was
15   hired by the City of Pomona called Malcolm Pirnie; is that
16   right?
17   A.   Yes.  They don't exist anymore, but I knew them well,
18   yeah.
19   Q.   They're called Arcadis now?
20   A.   Yes.  They've been absorbed by Arcadis.
21   Q.   And at the time, they were known as Malcolm Pirnie when
22   the City of Pomona hired them; is that right?
23   A.   Yes.  And before that, they were known as McGuire.  When
24   you first got -- engaged them to look at your alternatives for
25   avoiding nitrosamines.
```

1  Q.    Okay.  And that Malcolm Pirnie, a large -- it's a very

2  well-respected engineering firm in the wastewater industry or

3  the water industry; that's fair --

4  A.    Yes.

5  Q.    -- isn't it?

6        And you would also agree with me that when Pomona was

7  faced with trying to address how to manage its water system in

8  light of the MCL for perchlorate at 6 parts per billion, it's

9  reasonable for them to hire Malcolm Pirnie to evaluate

10  potential options?

11  A.    Yes.

12  Q.    Okay.  And you would agree that it was appropriate for

13  Malcolm Pirnie, the engineering firm hired by the City of

14  Pomona, to evaluate the system as it was operating in 2009 when

15  they first came on board to help the City?

16  A.    Yes.

17  Q.    Okay.  And it's also reasonable for Malcolm Pirnie, a

18  well-respected engineering firm, to provide alternatives to the

19  City in terms of helping the City evaluate how to deal with the

20  perchlorate; that's fair, isn't it?

21  A.    Yes.

22  Q.    And you also understand, and you testified I think

23  earlier, that it was reasonable -- actually, let me take that

24  back.

25        It was reasonable for the City of Pomona to have relied

```
 1   upon the advice that they were given by this well-respected
 2   engineering firm, Malcolm Pirnie, correct?
 3   A.   Yes.
 4   Q.   Okay.  And you also understand and agree that the City of
 5   Pomona, after it reviewed the alternatives that were presented
 6   by Malcolm Pirnie, this well-respected engineering firm, they
 7   selected the least expensive long-term option that was
 8   presented by Malcolm Pirnie; is that right?
 9   A.   I want to be careful here, because --
10   Q.   Well, that's a -- it's a simple --
11          MR. SMITH:  May he answer the question, please?
12   BY MR. HEAD:
13   Q.   It's a simple yes or no.  Did they select the least
14   expensive long-term option?
15   A.   They selected the alternative which had the lowest price
16   per acre foot.
17   Q.   Thank you.  And --
18   A.   You know, long-term -- in the long-term analysis by
19   Pirnie, right.
20          MR. HEAD:  Thank you.
21      I have no further questions, Your Honor.  Thank you.
22          THE COURT:  Redirect.
23                  REDIRECT EXAMINATION
24   BY MR. SMITH:
25   Q.   Do you remember what the assumption was on the production
```

UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA

1   by the AEP plant that would have made AEP the lowest price

2   alternative?

3   A.    14.2 MG.  Well, let's put in this way.  In Chapter 5,

4   which is the one where they analyzed these alternatives, they

5   first introduced the current operation and appraised that as

6   being capable of meeting the City's goal of 4 micrograms per

7   liter at a production of 14.2 MGD.

8   Q.    And you reviewed Mr. von Bucher's 2018 report that had

9   estimates as to what the operating costs would be for the AEP

10  plant?

11  A.    Yes.

12  Q.    And what million -- what rate of production is he assuming

13  at the AEP plant in terms of millions of gallons of day of

14  production?

15  A.    9.5.

16  Q.    So the expert is assuming 9.5 million gallons a day.

17        Do you have any data that the City is exceeding that this

18  year, 2018?  Have you been given any data on that?

19  A.    No.

20  Q.    Did Mr. von Bucher give you any data to suggest that more

21  than 9.6 million are being used in 2018?

22  A.    No.

23  Q.    Did you read Mr. Poulsen's trial testimony?

24  A.    Yes.

25  Q.    Did Mr. Poulsen provide the jury with any data, studies,

```
 1    or hard facts that support his testimony of 15 to 20 million?

 2    A.   No.

 3              MR. SMITH:  Nothing further.

 4              THE COURT:  Any recross?

 5              MR. HEAD:  Nothing further, Your Honor.  Thank you.

 6              THE COURT:  You may step down.  Thank you very much

 7    for coming in, sir.

 8       Next witness.

 9              MR. SMITH:  Your Honor, we call Eugenio Ponce.

10              THE COURT:  Okay.

11              THE CLERK:  Good afternoon.

12              THE WITNESS:  Good afternoon.

13              THE CLERK:  Please ask that you raise your right

14    hand.

15       Do you solemnly swear the testimony that you are about to

16    give in the matter now before the Court shall be the truth, the

17    whole truth, and nothing but the truth, so help you God?

18              THE WITNESS:  I do.

19              THE CLERK:  Thank you.  May I please ask that you

20    state your full name for the record and spell your last name.

21              THE WITNESS:  Eugenio Ponce, P-o-n-c-e.

22              THE CLERK:  Thank you.

23              THE COURT:  You may inquire.

24    ///

25    ///
```

UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA

**EUGENIO PONCE, DEFENSE WITNESS,**

**DIRECT EXAMINATION**

BY MR. SMITH:

Q.   Where have you worked for the past 37 years?

A.   In SQM.

Q.   Have you recently retired?

A.   Yes.  I retire end of April this year.

Q.   And when you retired, what position were you holding at the company?

A.   I was the chairman of the board of SQM.

Q.   What's your training in terms of your -- what were you trained to be as a young man?

A.   As a mechanical engineer.

Q.   What year did you join SQM?

A.   Beginning of 1981.

Q.   Would you describe for the jury -- and we're going to do this in, you know, in summary fashion -- what you started doing with SQM, and track your way up through the top of the company.

A.   Yes.  I started as a sales manager taking care of sale of nitrate and iodine worldwide, and then I was name as chief executive officer for production, mining, and geology, and -- in Maria Elena, in -- for the Guggenheim plants, M'Elena, Pedro Valdivia, and then I went back to sales for more probes, with more probes, lithium also, and later on I was nominate chairman of the board.

```
1    Q.   For how long were you in charge of production of sodium

2    nitrate for SQM?

3    A.   For almost ten years.

4    Q.   And where did you live while you were in charge of

5    production?

6    A.   In one of the Guggenheim plant, Maria Elena.

7    Q.   You lived in the desert for ten years?

8    A.   Yes, sir.

9    Q.   And what were your responsibilities while you were the

10   head of production of sodium nitrate?

11   A.   For mining, exploration, and production of the two plants

12   that we have there, Maria Elena and Pedro Valdivia, the two

13   Guggenheim plants.

14   Q.   In what mining district are they located?

15   A.   They're located in the Tocopilla mining nitrate district.

16   Q.   How long have they been located there?

17   A.   Since they were built.

18   Q.   When was Maria Elena built?

19   A.   In 1927.

20   Q.   When was Pedro de Valdivia built?

21   A.   In 1931.

22   Q.   Why were they located there?

23   A.   For very strategic decision that the Guggenheim did.  It's

24   near the water.  There is small river.  I would call it more a

25   stream, don't -- don't think it's like the Colorado River, but
```

UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA

1    it's a river, it's not a stream, that is located about 5 miles

2    from the plant.  And then to the west there is a flat surface

3    that contains caliche.  And that was very, I would say,

4    strategic for these two Guggenheim plants, because these plants

5    were mechanized, and they produce much more than the old

6    process, and they have to use this flat plateau to use trains

7    and other equipments.

8    Q.   Now, having spent ten years there, can you tell the jury

9    what the topography is like at the Guggenheim plants.

10   A.   Well, it's -- again, is quite flat.  It has, to the -- to

11   the west is the river, as I said, 5 miles, where is very few

12   caliche exist, and then -- I'm sorry, to the east.  And to the

13   west is the caliche ore deposits.

14           MR. SMITH:  Please put up demonstration Exhibit

15   4531.

16           THE CLERK:  For everyone?

17           MR. SMITH:  '33-1.  4533-1.

18           THE COURT:  This for the witness?

19           MR. SMITH:  This is for demonstration only, Your

20   Honor.  We will not offer this.

21   Q.   Does this fairly depict --

22           THE COURT:  Well, let's wait till it comes on.

23      There you go.

24           MR. SMITH:  Okay, there we are.

25   Q.   What are we looking at there?

UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA

1  A.   This is the Maria Elena plant where we can see the

2  leaching vats at the beginning here.

3  Q.   Would you point with your finger so the jury can follow

4  along, and why don't you walk us through the facilities we can

5  see here so we can understand a little bit about how sodium

6  nitrate is refined.

7  A.   Right.  Well, we don't -- here in the -- in the back here

8  are the crushers where the caliche ore that comes from the mine

9  that is in that direction, that is west, that direction there,

10 west, then is crush in these crushers.

11 Q.   Crushed?

12 A.   Crushed.  In comes in rocks, okay.  Caliche ore is a rock,

13 is a solid rock.  So it comes in rocks and is converted into

14 half an inch, more or less, through three crushers, primary,

15 secondary and tertiary crusher, and then it's screened.  So out

16 of a total --

17 Q.   Screened, did you say?

18 A.   Screened.  With a sieve.  A screener?  Siever?  I don't

19 know the words.

20 Q.   No, you're doing well.

21 A.   Then 75 percent of the ore that go through these crushers

22 get into these leaching vats.  There are ten of these.

23 Q.   Now, can you -- okay.  So is this also a leaching vat?

24 A.   Which one?

25      No.  That is -- yeah, is also a leaching vat here, yeah.

1  Q.   Okay.  So you have ten of these leaching vats.  How big

2  are they?

3  A.   They're quite huge.  It's the size of an Olympic swimming

4  pool, more or less, to have an idea, but they are deeper.  They

5  have 18 feet deep.

6  Q.   And what's the next step in the process after you put the

7  crushed rock into the water?

8  A.   Is to put solutions on it.  Water, but also circulate

9  solutions, and that solutions, what it does, leach the caliche

10 and extract the sodium nitrate and all the salts that the

11 caliche has.  It's magnesium, sulfate, potassium, calcium, also

12 perchlorate.  And that solution is sent to this building here

13 that is called a crystallizer.  And what a crystallizer does is

14 to cool the solution.

15 Q.   Why do you cool the solution?

16 A.   We cool the solution because the solution is at more or

17 less 40 degrees centigrade, or 35 degrees centigrade, coming

18 out from these leaching vats, goes to this crystallizer, and

19 the temperature goes down through a system.  It's like a

20 refrigerator, I mean, just to understand.  It has ammonia to

21 refrigerate it.  And then the solutions of nitrate crystallize.

22 This is just like, just explain is, when you have water that

23 behaves similar to a nitrate solution, you put the water in the

24 freezer to produce ice cube.

25 Q.   That's crystallized ice.

1   A.   That is what the crystallizer does, I mean, get down the

2   temperature, I mean, like a refrigerator, like a freezer.

3   Q.   Let's take a look at 4533-2.

4        Which plant is this?

5   A.   That is the other plant.  It's called Pedro de Valdivia.

6   Q.   Are the designs similar?

7   A.   Very similar.  This is a little bit bigger than the other

8   one.  That was built in '27, the other one.  This was built in

9   '31.  Is a little bigger.  Doesn't have many modifications, but

10  also have the leaching vats here.  We can see it here.  There

11  are ten of these.  Well, there are more here.  And it has also

12  the crystallizers down there.

13  Q.   Okay.  And let's take a look at 4492.

14       Is that a better picture of the crystallizers and the

15  centrifuges?

16  A.   Yes, sir.  On the left side we have the crystallizers.

17  The crystallizers are down there.

18  Q.   They're below --

19  A.   They are below here, the surface.  They are quite big.

20  You can see a man here.  But this machine here is what -- it

21  cleans the pipes that are inside the crystallizer.  So as soon

22  as the -- the product, the solutions of nitrate are

23  crystallized, this machine comes for each of these holes that

24  are the crystallizers to take out the sodium nitrate, as a pulp

25  but with crystals, out of these crystallizers.  So they are

1    quite big, I mean, deep.  I mean, you can see here, this

2    machine, the pipes are in this machine goes all the way down.

3    Q.   And explain to us what exactly -- point to the centrifuges

4    on the right side.

5    A.   Yeah.  These are the centrifuge.

6         By the way, there were 20 of these crystallizers in this

7    Pedro de Valdivia plant, and these are manual centrifuge.

8    Q.   On the right are manually, you mean human-powered to make

9    them go around?

10   A.   No, no, no.  It's -- it's -- it's an engine that make them

11   go around, but the water, the time, everything is -- was done

12   by -- by the eyes of one person that manage one of -- each one

13   of these.

14   Q.   Were there any sodium nitrate plants anywhere in the world

15   in the 1930s and '40s?

16   A.   From natural sources?

17   Q.   Right.

18   A.   No, sir.

19   Q.   When you took over as the head of production, in what

20   decade was it?

21   A.   Was in the '80s, in the '81, March '81.

22   Q.   That's when you joined the company.  When did you become

23   the CEO of production?

24   A.   Sorry, sir.  That was in 1990.

25   Q.   And at that time were there any other sodium nitrate

UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA

1    refining plants in the world?

2    A.    Natural?

3    Q.    Natural.

4    A.    No.  No, sir.

5    Q.    When they started in the late '20s or early '30s, how

6    advanced were they at the time?

7    A.    Well, these plant were, in those days, '30 and '40s, state

8    of the art.  I mean, they -- they were just what -- using all

9    technology available.

10   Q.    What advantages did they have over existing technology?

11   A.    Well, first it was, the mine was very mechanized.  They

12   used railroads and they used cranes to put the caliche ore into

13   the trains, and also they used this huge centrifuge and -- and

14   also the ammonia crystallizer that the other process, the Shank

15   process, did not use, and produced much more product.  So that

16   was an economy of a scale.  And later on, after this product

17   came out of the centrifuge, that was dry in a dryer, and then

18   was melted and produced granulated sodium nitrate.  The Shank

19   process produced only powder sodium nitrate.

20   Q.    What's the advantage of granulated over powder sodium

21   nitrate?

22   A.    Well, the advantage is that, by those days, farmers were

23   broadcasting the -- the -- the sodium nitrate with machines in

24   the field.  So if you have a powder, the machine will stuck, I

25   mean, will not be able -- I mean, will not be able to do it.

```
1   Q.   Stuck?

2   A.   Yeah, stuck I mean.

3   Q.   In your opinion, what are the benefits of sodium nitrate

4   as a fertilizer?

5   A.   Well, it has nitrogen.  That is one of the main nutrients

6   that a plant need.  Is a fast-acting nitrogen, because it's a

7   nitrate, and it's very good for big leaves.  So it give the

8   nitrogen right on time when the plant need it.  And also the

9   benefit that it has micronutrient, as was said before in this

10  same court, and those micronutrients are very vital for the

11  growth of a plant.  Are like the vitamin that we need, but it's

12  a vitamin for the plants.  The magnesium, the calcium, the

13  iodine.  Also has potassium.  So it's a more complete product

14  than other fertilizer.

15  Q.   You identified some salts that are in the caliche ore.  Is

16  perchlorate present as a salt in the ore?

17  A.   Is -- is perchlorate, yes, bounded to potassium

18  perchlorate.  The potassium, yes.

19  Q.   So it's present as a compound known as potassium

20  perchlorate?

21  A.   Yeah, potassium perchlorate or sodium perchlorate as well.

22  Q.   Is the perchlorate by itself, in your opinion, helpful to

23  the growth of plants?

24  A.   It doesn't help, it doesn't harm, if it is used in the

25  right doses.
```

UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA

```
1    Q.   If you use too much sodium nitrate, can that be harmful to
2    plants?
3    A.   Any fertilizer if you use too much can be harmful to
4    plants.
5    Q.   Is the potassium that's part of potassium perchlorate, the
6    compound, is that helpful to plants, in your opinion?
7    A.   Yes, it is, of course.  It's a nutrient.
8    Q.   Is the perchlorate that's part of potassium perchlorate,
9    is that at all useful in the production process of granulated
10   sodium nitrate?
11   A.   Yes.  Perchlorate and the other salts, they are used --
12   they are useful because they act as a binder.  When you produce
13   this granulated product, the -- you melt the sodium nitrate,
14   and this is -- come from like a shower, and like with drops,
15   liquid drops, and with the air, it solidify.  And if don't have
16   this binders, this micronutrients, these nutrients at the end,
17   then the granulate product will come very weak and would --
18   probably will convert into fines when the farmer apply or when
19   it is ship abroad, I mean, because it has to go through all the
20   logistic change, to the bore, from the pour to the vessel, from
21   the vessel to the warehouses, wherever, and then to the
22   farmers.
23   Q.   When you took over the Guggenheim plants in the 1990s, how
24   different were they, do you know, do you have an understanding,
25   from when they had started in the '20s and '30s?
```

1  A.    The process was quite the same.  There were some changes,

2  some new equipments.  As soon as the technology evolve, there

3  were some investments done for -- for new equipments.  Not the

4  main equipments.  The crystallizer were the same, for instance.

5  The leaching vats were the same.  There were some other

6  changes, like the engines, for instance, to produce

7  electricity.  We -- we change it to -- we get -- got

8  electricity from -- from the grid, I mean from the national

9  grid.  Grid is the name?

10 Q.    Grid is correct.

11 A.    Grid?  So we bought electricity.

12 Q.    Before that, you had to make your own electricity right at

13 the site, didn't you?

14 A.    Right, sir.

15 Q.    During the '20s and '30s, what was the total capacity of

16 the two plants in terms of the output of sodium nitrate?

17 A.    Around 1 million ton.

18 Q.    When you took over, what was the total capacity?

19        MR. SANSONE:  Objection, relevance.

20        THE COURT:  Overruled.

21        THE WITNESS:  Around the same.

22 BY MR. SMITH:

23 Q.    How much ore did it take to produce a million tons of

24 sodium nitrate product?

25 A.    Around 18.2 million tons of -- of caliche ore.  Just we

```
1   have an idea, this more or less 900,000 tracks of 20 tons each,

2   more or less.

3   Q.   In the years after you took over for sales in the 1980s

4   and including the early 1990s when you were in charge of

5   production, did the company receive any reports that the

6   fertilizer -- any reports from farmers, that the fertilizer was

7   hurting their crops?

8             MR. SANSONE:  Objection, relevance.

9             THE COURT:  Overruled.

10            THE WITNESS:  No, we didn't.

11  BY MR. SMITH:

12  Q.   Did you receive any reports from cities or towns that

13  their groundwater was polluted because of your fertilizer,

14  particularly the perchlorate?

15  A.   No, sir, we didn't.

16            THE COURT:  I'm assuming it was a continuing

17  objection, Counsel.

18            MR. SANSONE:  Yes, Your Honor.

19            THE COURT:  Okay.  That's what I thought.

20  Overruled.

21  BY MR. SMITH:

22  Q.   Did you receive any communications in the '80s or early

23  '90s from the United States EPA expressing any concerns about

24  the perchlorate in your product?

25  A.   No, sir.
```

UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA

1    Q.   Did you receive any concerns from the California

2    regulators or the regulators from any state in the

3    United States about the perchlorate content in your product?

4    A.   No, sir.

5    Q.   When did you first hear at SQM that there was any issue

6    with the perchlorate in your fertilizer?

7    A.   That was at the end of the '90s, I think, 1999, 2000.  I

8    don't recall well, but -- exactly, that our competitors that

9    produce potassium nitrate, not sodium nitrate, potassium

10   nitrate, they were claiming that our product had perchlorate in

11   our -- has perchlorate.

12   Q.   What did you, Eugenio Ponce, do when you heard those

13   issues, those complaints from competitors?

14   A.   Well, we create a task team to try to reduce the

15   perchlorate in our product.

16   Q.   How long did that investigation take?

17   A.   Well, we did some lab trials, and then we went to the

18   induc- -- plant, plant trials, small one, and then we went to

19   the industrial scale, and with several trials and errors, at

20   the end, nine month or almost a year, we could have product

21   with low perchlorate; however, a very tiny amount, very small

22   amount of sodium nitrate with low perchlorate.

23   Q.   What percentage of your product had the low perchlorate in

24   as a result of the new processes?

25   A.   Well, we did that in Pedro de Valdivia.  And Pedro de

1    Valdivia we could produce only 160 tons per day, maximum,

2    some -- some days less, but 160 tons per day, out of input of

3    ore of around 33,000 tons of caliche ore per day.

4    Q.   And how much less was that than you could produce of

5    sodium nitrate from the same ore before the new process?

6    A.   Well, around 570,000 tons per year, so around 1,600 tons

7    per day.

8    Q.   That's 10 times.

9    A.   Yeah.

10   Q.   This is going to be technical, so let's go slow.

11   A.   Okay.

12   Q.   Tell us the steps of the new process that you used to

13   reach a low perchlorate fraction.  Is that a good word to use

14   here?

15   A.   Yes, I believe so.

16   Q.   What steps did you take in the new process?  How did you

17   change the old process?

18   A.   Yeah.  From the leaching vats, the first few hours, let's

19   say four hours, six hours of the total cycle of leaching that

20   it takes 24 hours, the first four or six hours we have a strong

21   solution of sodium nitrate.  It is about 430, 450 grams per

22   liter, is about 3.6, I believe, pounds per gallon of sodium

23   nitrate solutions that contain that amount of sodium nitrate.

24   And then also it contains around 5 grams per liter of potassium

25   perchlorate, or 0.04 pounds per gallon.

1    That solution was sent to the crystallizers, and in the

2    crystallizers, in the first crystallizer out of our 20, we

3    decrease the temperature from 93 degrees Fahrenheit down to

4    68 degrees Fahrenheit.  Why we did that?  Because in that range

5    of temperature, it crystallize, due to the different

6    solubilities, only sodium nitrate, and a tiny, tiny amount of

7    potassium perchlorate.  But if we went below 68 degrees

8    centigrade, then it start to crystallize potassium perchlorate

9    into the sodium nitrate.

10    So we kept that electronically managed, that temperature

11    in the crystallizer, to be sure that we will be in that range

12    of temperature to get a pulp with crystals that we send it to a

13    thickener.  A thickener is like a big drum that it keeps

14    that -- the crystals that are in there settled down from the

15    lower part.  So we get it from the lower part, and the

16    solutions go up.

17    So we took that tiny fraction of crystals with low

18    perchlorate and send it to the -- to a centrifuge.

19    Q.  Before we go past the centrifuge, I want to go back to the

20    crystallizers.

21    A.  Mm-hmm.

22    Q.  How important were the electronic temperature controls

23    that you put into the crystallizers to improve the process?

24    A.  Was very, very important.  Because I said before, I mean,

25    if we don't crystallize the product within those -- that range,

1  then we could precipitate potassium perchlorate in the sodium

2  nitrate.  And we didn't want that.  I mean, we needed to have a

3  very good electronic control.  Manually, not possible to do it

4  efficiently.

5  Q.   Okay.  Now to the centrifuges.  What did you do new to

6  improve the process to try to get the low perchlorate

7  fertilizer?

8  A.   Well, we purchase a new centrifuge.  We try with the old

9  ones.  Unfortunately, didn't work.

10 Q.   Didn't work, or didn't work for the new process?

11 A.   Didn't work for the new process.  I mean, we couldn't get

12 the -- a good nitrate or the nitrate dissolved.  And I will

13 explain why the nitrate dissolve --

14 Q.   Please.

15 A.   -- with the old ones.

16      We tried to, I mean, not to -- not to invest too much, but

17 we had to buy a new centrifuge, and then the new centrifuge was

18 also electronically controlled.

19      What a centrifuge does, I mean, just to explain a little

20 bit, this is like -- I was trying to look for analogy to be

21 easier to explain, but it's like, at home we have this -- this

22 basket where we put the lettuce, that it has -- we wash the

23 lettuce, then we put the lettuce in, and we put -- pull a cord

24 and then spin it, and the -- and the water goes out of -- of

25 this.  That is more or less what a centrifuge does.  However,

1   to -- what we need to have is enough lettuce in our centrifuge.

2        So that is what it is also controlling with this new

3   centrifuge.  We could electronically control the thickness of

4   the pulp with the crystals there is -- that is there in this

5   basket.  The centrifuge is like a basket.

6   Q.   Were there electronic sensors within the new centrifuge?

7   A.   Yes, sir.  Electronic sensors to control the thickeners,

8   thickener of that.

9        Then also, after that, you have to add water, because --

10  the same water you add to clean the lettuce, you have to add

11  water to clean any, any perchlorate that could be there as in

12  the humidity of -- of surrounding of this pulp.  And to add

13  water, you dissolve some nitrate.  If you add too much water,

14  then you end with -- without sodium nitrate.  If you add too

15  less water, you cannot get what you want to get out, and that

16  is the perchlorate, the left -- the rest of the perchlorate

17  that was left there.

18  Q.   What kind of controls did you have to buy to be able to do

19  this?

20  A.   Sensors, temperature controls, flow meters controls for

21  the water, and several other things.

22  Q.   Were any of those electronic controls available in the

23  1930s or '40s?

24  A.   Not those kind of controls, no, sir.

25  Q.   Did you have to measure the perchlorate content of the

1    final sodium nitrate?

2    A.    Yes.

3    Q.    How did you do that?

4    A.    Well, we have a -- an equipment that's a ion column

5    chromatograph, and that was the way we could measure.

6    Q.    Do you have a list of the new equipment that SQM bought to

7    be able to control the process in order to better to remove

8    perchlorate?

9    A.    Yes.  Yes.

10   Q.    And is that 4537?

11         It's a demonstrative, Your Honor.  Ask it to be broadcast.

12              THE COURT:   Okay.

13   BY MR. SMITH:

14   Q.    Okay.  We have five items here.  I believe we talked --

15   have we talked about the electronic control at the

16   crystallization stage?

17   A.    Yes.  We -- we talk about electronic control of

18   temperature, the crystallization stage, yes.

19   Q.    And the electrical-controlled centrifuge, right?

20   A.    We also talk about that.

21   Q.    What's a UV spectrophotometer?

22   A.    Well, that was a equipment that was available I believe in

23   the '50s, '60s, and it was to measure sodium nitrate content in

24   solutions.

25   Q.    Was that available at the time the Guggenheim process

UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA

1    began in the '20s and '30s?

2    A.    No, sir.

3    Q.    Or the '40s?

4    A.    No, sir.

5    Q.    The equipment for perchlorate measurement at PPM levels,

6    what equipment are you referring to there?

7    A.    Well, that is the -- what I was talking before, the

8    selected ion exchange columns that is the ion chromatograph

9    that we have to buy.  That was available, I would say, in the

10   middle of the '90s.

11   Q.    And ion exchange columns, when was that invented?

12   A.    As I said, in the middle of the '90s.

13   Q.    Did not exist in the '30s and '40s?

14   A.    Did not exist in the '30s and the '40s.  No way.

15   Q.    Okay.  Now, with the -- even with the use of all this new

16   equipment and process, how much reduction in sodium nitrate

17   product did you see in creating the low perchlorate part?

18   A.    Well, if -- out of the 1 million tons that we were

19   producing, we could only produce 100,000 tons per year.  So

20   1/10th, 10 percent of it.

21   Q.    Have you also been an officer and director of SQM North

22   America?

23   A.    Yes, sir.

24   Q.    And when did you first become an officer of SQM North

25   America?

```
 1    A.   I believe '86.
 2    Q.   And when you started working in 1981, where were you
 3    located?
 4    A.   In Santiago.
 5    Q.   And when did you first go to SQM North America to work?
 6    A.   I believe was May '81.  Yes.
 7    Q.   Okay.  So later in the same year?
 8    A.   Yes.
 9    Q.   And you were working at the SQM North America
10    headquarters?
11    A.   Yeah, I spent quite a time there in the -- in the North
12    American -- I mean in -- in New York, because we were trying to
13    move that New York office to a location not so expensive like
14    New York it is.
15    Q.   Where did you move to?
16    A.   To Norfolk, Virginia.
17    Q.   Okay.  But you started out in New York, correct?
18    A.   Yes, sir.
19    Q.   And when you were there, did you learn about the history
20    of the company?
21    A.   Well, I spent quite a time there, and I was -- I was young
22    in those days, and so there were people there working for
23    several years, and they accompany me.  I was alone in a big
24    city, and my English was worse than today, and so they --
25    they -- we went for dinner and -- and -- and I was very curious
```

UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA

37

```
1   about the -- the nitrate industry, and they explain me a lot,
2   and they show me the library, for instance, where the minutes
3   were of all the board meetings were kept and those sort of
4   things.
5   Q.   How far back did the SQM North America minutes go to?
6   A.   Till it was created, in 1927.
7   Q.   Have you reviewed the pertinent minutes of SQM North
8   America to assist you in your testimony today about historical
9   events?
10  A.   Yes, sir.
11  Q.   Did you review the minutes as to when Cal -- when SQM
12  North America first was admitted to do business in the state of
13  California?
14  A.   Yes, sir.
15  Q.   What year was that?
16  A.   That was in 1931.
17  Q.   You heard some deposition testimony from a Patricio de
18  Solminihac --
19       Solminihac.  Am I close?
20  A.   Solminihac is fine.
21  Q.   -- that it was 1927.
22       Did you meet with him or talk with him before his
23  deposition testimony?
24  A.   Yes, I met with him.
25  Q.   And why did you meet with him?
```

UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA

1    A.   Because he wanted to know about the history of SQM, since

2    I was working in SQM long time.  We -- we talk, and I told him

3    what I knew and what I learn from also other people and for

4    what I read.

5    Q.   With all due modesty, is there anybody at your company

6    that knows more about your company's history than you do?

7    A.   Today -- there were some people before.  They already,

8    unfortunately, pass away, yes.  I think I'm the oldest one.

9    Well, I was the oldest one.  I retire also just -- just a few

10   weeks ago.

11           MR. SMITH:  Would you please put in front of the

12   witness Exhibit 4343-28, and also have him take a look at

13   page 29 as well.

14   A.   Let me look for glasses.

15   Q.   Take your time.

16        I guess you could make the first paragraph bigger.

17   A.   Yeah, it's kind of -- okay.

18   Q.   Have you reviewed those December 26, 1940 minutes of

19   SQMNA?

20   A.   Yes, sir.

21   Q.   And you're familiar with both pages of the minutes?

22   A.   Yes, sir.

23   Q.   Were these kept in the ordinary course of business?

24   A.   Yes, sir.

25   Q.   You believe them to be reliable?

```
1    A.    Absolutely.

2              MR. SMITH:  Offer Exhibit 4343-28 and -29.

3              MR. SANSONE:  No objection.

4              THE COURT:  It'll be received.

5         (Received in evidence, Exhibit 4343-28, -29.)

6              MR. SMITH:  Let's go to page 29 and highlight the

7    next-to-last paragraph.

8    Q.    Could you just read the first sentence into the record,

9    Mr. Ponce.

10   A.    Yes.

11        "The chairman informed the board that the negotiation

12        of the sale of 300,000 tons of nitrate by Chilean

13        Nitrate and Iodine Sales Corporation to the

14        United States Government had been concluded, and the

15        proposed written contract sent to Santiago for

16        confirmation and execution."

17   Q.    Chilean Nitrate and Iodine Sales Corporation is the

18   English name for what company we've heard about earlier in this

19   trial?

20   A.    COVENSA.

21             MR. SMITH:  Let's go next to 4345-5 and -6.

22   Q.    Are these true and correct copies of the October 30, 1942

23   minutes --

24             THE COURT:  They're not posted yet, Counsel.

25             THE CLERK:  Do you want it just for the witness?
```

UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA

1          MR. SMITH:  Just to the witness until we

2    authenticate it.

3          THE COURT:  Okay.

4    BY MR. SMITH:

5    Q.   Are these true and correct copies, the October 30, 1942

6    minutes of SQMNA?

7    A.   I saw it before you move it.  Yeah, it's there,

8    October 30, 1942.  Yes, is true copies.

9    Q.   And then -- this is important.  Would you read the last

10   paragraph on page dash 5 going on to page 6 after I offer this

11   into evidence.

12        I offer this into evidence, this exhibit, Your Honor.

13          MR. SANSONE:  I have no objection, Your Honor.

14          THE COURT:  Be received.

15        (Received in evidence, Exhibit 4345-5, -6.)

16          THE WITNESS:  Where the chairman said?

17   BY MR. SMITH:

18   Q.   Yes.  Yes.  And is all the highlighted material.

19   A.   Yeah.

20        "The chairman informed the board that after five month

21        of negotiations with the various officials in

22        Washington, he had finally received the agreement

23        executed October 29th, 1942, between brack- --

24        parenthesis, but as of July 1st, 1942, between the

25        Defense Supplies Corporation and Chilean Nitrate Sales

 1          Corporation, which provides for the purchase by the

 2          Defense Supplies Corporation from this corporation of

 3          the entire amount of Chilean nitrate which this

 4          corporation had in store in the United States on

 5          July 1st, 1942, and in addition the nitrate which this

 6          corporation will import into the United States during

 7          the nitrate year 1942, 1943, but not in excess of 1 --

 8          1 million -- 1.4 million tons unless that figure is

 9          later changed by the War Production Board.  The

10          chairman then outlined the principal features in

11          connection with the contract as follow."

12  Q.   That's fine.

13          Now please put in front of the witness 2508.

14          Is this a true and correct copy of the minutes of April 9,

15  1943?

16  A.   Yes, sir.  Yes, sir.

17              MR. SMITH:  And offer 2508, Your Honor.

18              MR. SANSONE:  No objection.

19              THE COURT:  Be received.

20          (Received in evidence, Exhibit 2508.)

21  BY MR. SMITH:

22  Q.   And what's the noteworthy event being referred to in the

23  second-to-last paragraph?

24          And let's give the -- no, the second to the last.  That's

25  the third to the last.  Yeah, there you go.  Make that a little

1    bigger.

2    A.    Yeah.

3    Q.    What's the noteworthy event that the board minutes are

4    confirming or referring to?

5    A.    Well, was referring to a trip to Chile of the Vice

6    President of the United States, Mr. Henry A. Wallace.

7    Q.    And where did he visit?

8    A.    Well, he visit Pedro de Valdivia, Maria Elena, and

9    Officino Cecilia, says here.

10   Q.    Was that an active Officina at the time?

11   A.    Maria Elena and Pedro de Valdivia, yes.  Officina, no.

12   Q.    When I say "Officina," what does that mean?

13   A.    "Officina," it is a name that the people are working in

14   the nitrate industry.  It means the mine and the plant.  They

15   call it "Officina."

16            MR. SMITH:  Can we please have 4340-9 displayed to

17   the witness.

18   Q.    Do you have it there?

19   A.    No, not yet.

20            THE COURT:  It's not up yet, Counsel.

21            MR. SMITH:  Okay.

22            THE WITNESS:  Yeah, here it is.

23   BY MR. SMITH:

24   Q.    All right.  Are those true and correct copies of the

25   August 10, 1943 minutes of SQMNA?

UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA

1    A.    Yes, sir.

2              MR. SMITH:  Offer those -- that exhibit, Your Honor.

3              MR. SANSONE:  No objection.

4              THE COURT:  Be received.

5         (Received in evidence, Exhibit 4340-9.)

6    BY MR. SMITH:

7    Q.    Would you read the part of the minutes that talk about

8    mandatory instructions.

9    A.    Okay.  Yeah.  Yeah.  Do I read all or -- or --

10             "The board discusses price policy in the negotiations

11             with Office of Economic Warfare concerning the

12             importation and sale of nitrate for the year 1943-44.

13             The representative of the Chilean Nitrate and Iodine

14             Sales Corporation stated that they had mandatory

15             instructions from that company to offer nitrate to this

16             corporation f.a.s. Chile at the price of $23.50 per

17             short ton for 1 million tons of imports."

18   Q.    In 1943 and 1944, what was the maximum capacity of the

19   Guggenheim plants?

20   A.    1 million tons.

21   Q.    If you could only produce 10 percent in a lower

22   perchlorate form, what's the maximum amount you could have

23   produced?

24             MR. SANSONE:  Objection, calls for speculation.

25             THE COURT:  Calls for arithmetic.  What --

UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA

1    overruled.

2              THE WITNESS:  Well, if we will have the technology

3    for those days that we had in the year 2000, we could have

4    produced only 100,000 tons per year.

5    BY MR. SMITH:

6    Q.   Did you have the technology to produce low perchlorate

7    sodium nitrate in 1943 or 1944?

8    A.   We didn't have it.

9    Q.   Did you hear the testimony of Dr. George Intille in this

10   courtroom?

11   A.   I -- I read the testimony.  I wasn't in the courtroom.

12   Q.   Okay.  Well, thank you for answering my question

13   literally.

14        Let's look at Exhibit 34, which is a demonstrative.

15        First of all, before we get to the demonstrative, did you

16   read his report?

17   A.   I'm sorry.

18   Q.   Did you read Dr. Intille's report?

19   A.   You ask me for -- I -- you --

20   Q.   Did you read Dr. Intille's written expert report?

21   A.   Yeah, I read it, and I was in the courtroom when

22   Mr. Intille was here, so I did mistake.  I didn't hear well the

23   question, so I apologize.

24   Q.   I'll put my mouth closer to the microphone.

25        And did you go through the process charts and diagrams

1   that he had in his report?

2   A.   Yes, I did.

3   Q.   Do you have an opinion whether Dr. Intille accurately

4   modeled the Guggenheim process that was used in Chile?

5           MR. SANSONE:  Objection.  There's been no disclosure

6   of any expert opinion on this.

7           THE COURT:  Did you cover that in your report?

8   There was no report.  Sustained.

9           MR. SMITH:  No, Your Honor.  He's not -- he's not

10  a --

11          THE COURT:  I understand that, he's not an expert.

12  Is that correct?

13          MR. SMITH:  He is an expert, not a retained expert,

14  and it's not required to issue a re- --

15          THE COURT:  That's what I'm talking about.  He's not

16  an expert witness.

17          MR. SANSONE:  This wasn't in the Rule 26(a)(2)(A)

18  disclosure, either, Your Honor.

19          MR. SMITH:  Not retained expert but as a

20  non-retained expert from the company.

21          THE COURT:  You're not objecting to him giving

22  expert testimony, you're objecting to him giving testimony that

23  was not disclosed; is that correct?

24          MR. SANSONE:  That's correct, Your Honor.

25          THE COURT:  Was it disclosed, Counsel?

UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA

```
1                    MR. SMITH:  No, because he didn't have a report to

2      file.  He's not -- he's not required to -- I don't want to

3      argue this in front of the jury.

4                    THE COURT:  Let's not.  Next question.

5                    MR. SMITH:  Okay.

6      Q.   What's a percent of -- do you have -- do you know the

7      percentage of the caliche ore that is perchlorate?

8                    MR. SANSONE:  Objection, vague as to time.

9                    THE COURT:  Overruled.

10                   THE WITNESS:  The -- the perchlorate in the -- in

11     the caliche ore that we process is 0.03 percent.

12     BY MR. SMITH:

13     Q.   How do you know that?

14     A.   Because I worked in years producing that, that product.

15     Q.   Well, how often would your -- the people that work under

16     you test or measure the content of the caliche in terms of its

17     salts and other parts?

18     A.   We measure every day the magnesium, the sulfate.  Very

19     important to measure the sulfate.  And also the perchlorate and

20     the potassium and the sodium nitrate that is in the ore.

21     Q.   Did you say .03 or .3?

22     A.   .03.

23     Q.   How much water did you use in the Guggenheim -- at the

24     Guggenheim plants on an annual basis?

25     A.   Well, we use around 6.8 million tons of water per year for
```

```
 1   the two plants to produce 1 million tons.
 2   Q.   And to produce -- did you have the ability to get 10
 3   million or -- for 500,000 tons of sodium nitrate a year
 4   production?
 5   A.   Well, we do have water rights.  As I explained, the plants
 6   are nearby this lower stream, and we have this water rights
 7   since the Guggenheim.  That was -- they got the Guggenheim
 8   rights, as many other companies, mining companies, in the area.
 9   The Atacama is a desert.  So the copper mines, all that that
10   are there, they also have water rights.  So that -- those water
11   rights were acquired by -- by the Guggenheim family in the
12   '30s, and we have the same water rights.
13   Q.   Had they changed at the Guggenheim plant since the 1930s?
14   A.   The water rights?
15   Q.   Correct.
16   A.   No.  At the same.
17   Q.   Is water a scarce resource in the desert?
18   A.   It's gold.
19   Q.   Is it practical to find and acquire more than double the
20   existing water rights that SQM has in the desert near the
21   Guggenheim plants?
22   A.   Completely impractical.  There's no more water available.
23   Q.   Well, let me ask you to assume that somebody proposes a
24   process that would require 10 million tons a year to produce
25   500,000 tons of sodium nitrate, or 20 million tons to produce a
```

UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA

```
1    million tons of sodium nitrate.
2        Would that be feasible at the Guggenheim plants?
3            MR. SANSONE:  Objection.  He's asking for an
4    undisclosed expert opinion.
5            THE COURT:  Overruled.
6            THE WITNESS:  No, not feasible at all.  I mean,
7    it's -- again, it's -- that is all the water that is there, and
8    it's getting scarcer and more scarcer.  I mean, that stream is
9    getting lower and lower, so it's -- we need to take care of the
10   water.  That is what we care more, most.  We don't have the
11   Colorado River.  It's just -- it's a river, it's called a
12   river, but it's just a stream.
13   BY MR. SMITH:
14   Q.   Does the Guggenheim plant use evaporation ponds?
15   A.   No, sir.
16   Q.   Did it use evaporation ponds in the 1930s or '40s?
17   A.   No, sir.
18   Q.   Does the Guggenheim plants use a hot crystallizer?
19   A.   No, sir.  As I explained before, the sodium nitrate behave
20   the same as water.  You have to cool the sodium nitrate to
21   crystallize the sodium nitrate, as you have to cool the water
22   to get ice cubes.
23   Q.   Based upon your ten years in charge of production of
24   sodium nitrate, does the concept of a hot crystallizer as an
25   improvement sound like a feasible improvement to you?
```

UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA

```
 1    A.   Sodium nitrate does not crystallize if you heat the sodium
 2    nitrate.  It's just like putting sodium nitrate in an oven or
 3    water in an oven.  You will not get nitrate crystals.
 4               MR. SMITH:  I have nothing further, Your Honor.
 5               THE COURT:  Okay.  Cross.
 6                        CROSS-EXAMINATION
 7    BY MR. SANSONE:
 8    Q.   Good afternoon, sir.
 9    A.   Good afternoon, sir.
10    Q.   My name is Ken Sansone.  I'm an attorney for the City of
11    Pomona in this case.
12         The level of perchlorate in the Chilean nitrate fertilizer
13    produced by the Guggenheim process was .3 percent, wasn't it?
14    A.   Was between .1 and .3, and I will say that the beginning
15    of the '30, '40s was closer to .1, .2, probably.
16    Q.   And the level of perchlorate in the sodium nitrate that
17    SQMNA produces now is .01, right?
18    A.   We produce a tiny amount of sodium nitrate today that is
19    .01, yes.
20    Q.   Thank you.
21         And you mentioned, sir, that you just retired from SQM.
22    A.   Yes, sir.
23    Q.   Okay.  And SQM, just so we're clear, is the company that
24    owns SQMNA, right?
25    A.   Yes, sir.
```

UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA

```
1   Q.   Okay.  And even though you're retired from SQM, do you

2   still hold shares of stock in SQM?

3             MR. SMITH:  Objection, irrelevant, Your Honor.

4             THE COURT:  Overruled.

5             THE WITNESS:  I have no shares in SQM at all.

6   BY MR. SANSONE:

7   Q.   Okay.  Thank you.

8        And you worked for SQM for almost 40 years before you

9   retired, sir?

10  A.   Exactly 37.

11  Q.   Okay.  And so, I think you told us this already, but if

12  there's anyone in this courtroom who knows about SQMNA's

13  activities and history, it would be you, right?

14  A.   That is remaining at SQM, yes.  In this courtroom, yes, of

15  course.

16  Q.   Okay.  Thank you, sir.

17       SQMNA had a sales office in Los Angeles in the 1930s and

18  '40s?

19  A.   The -- the -- the office was -- the office was -- are in

20  the minutes.  I mean, in Los Angeles there was -- in 1931, was

21  incorporate -- was allowed -- was register.  That's the name I

22  was looking for.  Was register to sell, to be able to sell and

23  to import in 1931, yes.

24  Q.   Right.  And so SQMNA, or the company that became SQMNA,

25  had an office in order to do that in Los Angeles, right?
```

1    A.    I understand the office, it was in 1933, with -- when they

2    hire one salesman.

3    Q.    Okay.  And that office was opened through the 1930s and

4    the 1940s, right?

5    A.    Yes.

6    Q.    And the purpose of that office was to market your

7    fertilizer to dealers and farmers in the Los Angeles area,

8    right?

9    A.    Was mainly to promote the product in -- to dealers and --

10   and whole -- and dealers, yes, mainly to dealers.  With one

11   salesman, it's difficult to go to the farmers, I mean.

12   Q.    And you don't know of any records of the activities of

13   that office that still exist today, do you, sir?

14   A.    The records, if exist, that office?

15   Q.    Yes.

16   A.    No, we don't have office today in L.A. as far as I know.

17   Q.    Right.  The office isn't there anymore, but the records of

18   that office from when it was there, those don't exist anymore,

19   either?

20   A.    The records are in the minutes, yes.

21   Q.    Okay.  Those are the corporate board minutes of the board

22   of directors of the company that became --

23   A.    Yes.

24   Q.    -- SQMNA, right?

25         And those are the only records that you've talked about

UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA

1   here in your testimony today; isn't that right, sir?

2   A.   From those years, yes.

3   Q.   Okay.  Actually, if we could turn to what I believe is one

4   of those minutes.  It's Exhibit 4345.  This hasn't been shown

5   to you yet.

6        Can we show it only to the witness, please?

7            THE COURT:  Yes.

8   BY MR. SANSONE:

9   Q.   Do those look like some more minutes of the board of

10  directors meeting of SQMNA?

11       Can we not zoom in so that Mr. Ponce can see the first

12  page.

13       Why don't we go to -- show Mr. Ponce 435, page 6.  Or

14  page 5, rather.  435, page 5.

15       Okay, that's what I was trying to show you, sir.  Can you

16  see that?  Do you need it enlarged a little bit?

17  A.   It's fine there.  It's fine there.

18  Q.   Okay.

19  A.   Not that old yet.

20  Q.   I apologize.  That was presumptuous of me.

21       These are some more board minutes of your company; is that

22  right?

23  A.   That's correct, sir.

24  Q.   Okay.  And if we go to 4345-6, there the minutes are

25  talking about another contract between your company and the

UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA

1  United States Government to sell to the government sodium

2  nitrate fertilizer, right?

3  A.   Umm --

4            THE COURT:  Want it blown up a little bit?

5            THE WITNESS:  Yes, can --

6  BY MR. SANSONE:

7  Q.   Yes.  The top paragraph, sir.

8  A.   Okay.

9       Yes, it's -- "supplies corporation from this corporation

10  of entire amount of nitrate with this corporation having a

11  store in the United States on July 1942.  In addition, the

12  nitrate with this corporation" --

13            THE REPORTER:  I'm sorry, if you're going to read --

14            THE WITNESS:  Sorry.

15       Yes, it talks about the stock that -- that Chilean nitrate

16  had in the United States, and also it talks about the nitrate

17  that was going to be import, but to United States during the

18  nitrate year of 1942, 1943, but nothing excess of 1.4 million

19  tons, unless the figure is later changed by the War Production

20  Board.

21       That is the word you wanted me to --

22            MR. SANSONE:  Yes.  Thank you, sir.

23       And Your Honor, I would offer 4345.

24            THE CLERK:  Pages 5 and 6 are already in.

25            MR. SANSONE:  Okay.  Okay.

```
 1              THE CLERK:  Yeah.

 2   BY MR. SANSONE:

 3   Q.   So do you know what the price of that sodium nitrate the

 4   government was buying from your company was under this

 5   contract?

 6   A.   I can't remember from my top of my head.  Is not here?  If

 7   you maybe -- okay.

 8   Q.   Yeah, I think that does it for you.

 9   A.   Okay.

10   Q.   So the last paragraph there, the price for the sodium

11   nitrate that hasn't been shipped yet.

12        Can we display this to the jury, please.

13        The price for the sodium nitrate that hasn't been shipped

14   yet is $36 a ton.

15   A.   Yes.  That is what it said here.

16   Q.   Okay.  So 1.4 million tons at $36 a ton, that's more than

17   $50 million that the government was paying your company for

18   that fertilizer, right?

19   A.   Looks like.  You do the math, yes.

20   Q.   Okay.  And that's 50 million in 1942 dollars, right?

21   A.   Yes, it was that, in that year, yes.

22   Q.   Okay.

23        Let's show the witness, Mr. Ponce, Exhibit 2506, page 4,

24   please.

25        Do you recognize these as more board minutes of the
```

1  company, sir?

2  A.   Yeah.  It's -- have the same looks -- I don't see the

3  date, but -- okay.

4  Q.   If we can zoom in on the middle --

5  A.   It looks similar to what the minutes are, yes.

6  Q.   Yes.  And this is referring to another contract between

7  your company and the government --

8  A.   Yeah.

9  Q.   -- to purchase sodium nitrate, right?

10  A.   Mm-hmm.

11  Q.   And this looks like it's about another 750,000 tons of

12  sodium nitrate that the government is buying from you, right?

13  A.   That's correct, yes.

14  Q.   We talked about the level of perchlorate in the sodium

15  nitrate you were producing under the Guggenheim process.  The

16  process that was in use before that, the level of perchlorate

17  in the sodium nitrate fertilizer that resulted was about

18  .5 percent; is that right?

19  A.   In the Shank process, yes, .5 percent has perchlorate.

20  Q.   Right.  And the Shanks process was in use before the --

21  A.   The Guggenheim.

22  Q.   -- Guggenheim process, right?

23  A.   Yes.

24  Q.   Okay.  So going from the Shanks process to the Guggenheim

25  process reduced the level of perchlorate in the fertilizer by

 1    about 40 percent, right?

 2    A.    More or less, I would say.

 3    Q.    Okay.

 4          Can we take a look at Exhibit 2593, just show it to

 5    Mr. Ponce.  No, I'm sorry, 2593-209.

 6          Do you recognize this, Mr. Ponce, as one of the maps that

 7    you provided with your expert report in this matter?

 8    A.    Yes, sir.

 9    Q.    Okay.

10          Can we show this to the jury, please?

11                THE CLERK:  For demonstrative, or are you moving it

12    in?

13                MR. SANSONE:  For demonstrative, please.

14    Q.    And if we look at sort of the middle -- this is a map that

15    we've -- we've seen maps like this before in this trial.  Can

16    you see it in front of you, sir?  Do you need it blown up a

17    little bit?

18    A.    Yeah, it's kind of small.

19    Q.    Yes, it is.  There's a lot on there.

20          Can we make it any bigger than that?

21          All right.  Let's focus in on the middle of that map

22    there.  So this is a map showing part of the Atacama Desert,

23    right?

24    A.    Yes, sir.

25    Q.    And this shows two of the mining districts in the Atacama.

1    The top one that's outlined in yellow is the Tocopilla

2    district, right?

3    A.    Yes, sir.

4    Q.    And the lower one that's outlined in purple is the

5    Baquedano district, right?

6    A.    Is the Baquedano mining deposit, nitrate deposit, yes.

7    Q.    Okay.

8    A.    District, yes.

9    Q.    Okay.  And as part of your research into this case, you

10   determined the level of production from various mining

11   districts between 1930 and 1950, right?

12   A.    Yes, sir.

13   Q.    Okay.  And you would -- and you base that on some public

14   records that were published in a bulletin as to production

15   levels at different plants in the mid 1930s, 1934 or so, right?

16   A.    Yes, sir.

17   Q.    Okay.  And again, you didn't -- you didn't refer to any

18   actual production records of any of these plants from that

19   time, right?

20   A.    Production -- I -- I'm not sure I follow your question.

21   Q.    Well, do -- yeah, sure.

22        Do you know, sir, whether, in the 1930s and 1940s, these

23   different plants kept records of how much sodium nitrate

24   fertilizer they were producing?

25   A.    Well, each of these plants, they have a -- and companies,

1  they have a quota that the government gave them.  Remember,

2  there were in this group of companies called COVENSA and

3  COSATAN.  So they have a quota to produce.  And each of these

4  plants have a quota to produce, and the quota was given every

5  five years.  So that is the information I got, what the

6  production was of these plants, yes.

7  Q.  And the quotas, if I understand correctly, Mr. Ponce,

8  those are percentages of the total national output of caliche

9  on a five-year basis, right?

10  A.  National production, yes, of --

11  Q.  Right.  Right.  So those quotas by themselves don't tell

12  you anything about the actual quantity of sodium nitrate coming

13  out of a particular plant, they just tell you the percentages,

14  right?

15  A.  They -- they said how many -- how many tons they were

16  producing.  I mean, because was easy to identify.  There were,

17  for instance, companies like the Anglo Tara that had only Maria

18  Elena, Pedro de Valdivia, and it has one plant in Baquedano,

19  and one plant down south, was called Santa Luisa.  So that was

20  the production that they have.  And -- and of course, the

21  Guggenheim plants that were the new one, for instance, they

22  were producing with state-of-the-art technology, and they were

23  the lowest-cost producer, and they produce at full capacity.

24  Q.  Okay.  Yes.  What I've done here is, I've drawn a circle,

25  which will appear in a minute, around these two mining

UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA

```
 1    districts that we were just talking about, Tocopilla and

 2    Baquedano, and based on your analysis that you were just

 3    explaining for us, sir, you believe that about three-quarters

 4    of the national production of sodium nitrate came from the

 5    plants within this circle between 1930 and 1950, right?

 6              MR. SMITH:  Overbroad.

 7              THE COURT:  Overruled.

 8              THE WITNESS:  This, I will say that, yeah, there was

 9    also another district in the -- in the northern part.  There

10    was a Tarapaca district where there were some Shank production,

11    and I would say that from this Tocopilla district plus the

12    Tarapaca district was about 95 percent production.  And from

13    the Baquedano district and the one that is in the southern part

14    here, Taltal, was only 5 percent.

15    Q.  I understand that, sir.

16        What I've done here is, I've not -- I haven't shown

17    Tarapaca or Taltal.  And Tarapaca, based on your opinion, was

18    about 20-something percent of the production?

19    A.  About 30 percent.

20              THE COURT:  Okay.  Ladies and gentlemen, we're going

21    to be breaking at this time.  It's 2:30.  We'll come back in in

22    15 minutes.  Remember the admonishment not to discuss the case

23    among yourselves or with anybody else or form or express any

24    opinions about the matter until it's submitted to you and you

25    retire back into the jury room.  See you back in 15 minutes.
```

```
 1              THE CLERK:  All rise.

 2         Court's in recess.

 3         (Recess held from 2:31 p.m. to 2:51 p.m.)

 4         (In the presence of the jury:)

 5              THE COURT:  Okay.  The record will reflect that all

 6    the members of the jury are in their respective seats in the

 7    jury box, that the witness is on the witness stand, and we were

 8    at cross-examination.

 9         Counsel, you may continue.

10              MR. SANSONE:  Thank you, Your Honor.

11    Q.  Mr. Ponce, before the break, we were taking a look at this

12    map that was part of your report in this case, Exhibit

13    2593-209, and I had explained to you that I had simply drawn a

14    circle around the Tocopilla and Baquedano districts, and you

15    were pointing out to me that my circle did not include the

16    Tarapaca district to the north, and you explained that your

17    opinion is that between 1931 and 1950, about 30 percent of the

18    national output of sodium nitrate came from Tarapaca, right?

19              MR. SMITH:  Objection to the narrative, Your Honor

20    by counsel.

21              THE COURT:  Overruled.  It's a question.

22              THE WITNESS:  Yeah, I was saying that less than

23    30 percent came from the Tarapaca district, around 5 percent

24    came from the Baquedano and Taltal district that you don't see

25    in the circle, and the rest, and most of it, came from the
```

UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA

 1   Tocopilla district, where here in number 16 and 17 are the two

 2   Guggenheim plants, Maria Elena and Pedro de Valdivia.

 3   BY MR. SANSONE:

 4   Q.   Right.  And the national -- or I'm sorry, the annual

 5   production capacity of the Maria Elena and Pedro de Valdivia

 6   Guggenheim plants was about 1 million tons a year, right?

 7   A.   Yes.

 8   Q.   And those are right in the middle of this circle, aren't

 9   they?

10   A.   In the Tocopilla mining district, yes.

11   Q.   Okay.  So again, inside this circle is about 65 to

12   75 percent of the entire production from the Atacama between

13   1931 and 1950, right?

14   A.   I would say, though, close to probably, yeah, 68 percent,

15   yeah.

16   Q.   Okay.  Okay.  Thank you.

17        And the plants are indicated by the circled numbers inside

18   of here, right?

19   A.   Yeah.  This is Maria -- yeah, the 16 is Maria Elena, and

20   17 is Pedro de Valdivia.

21   Q.   Okay.  And again, and those are the big Guggenheim plants

22   with a million tons capacity a year total, correct?

23   A.   That is correct.

24   Q.   Okay.  And the red dots that are shown on this map, those

25   are sites that you understand Dr. Sturchio analyzed samples

1   from, right?

2   A.   That's correct.

3   Q.   And the series of letters and numbers next to those dots,

4   each one of those series represents a sample that Dr. Sturchio

5   used, right?

6   A.   That is correct.

7   Q.   Okay.  So if you count up all those different samples,

8   there are 20 of them within this area that's been circled.

9   A.   Well, some of them are in the same holes.  I mean -- I

10  mean, as location is -- is one thing, and then you -- if you

11  drill a hole, then you take samples through the -- through the

12  hole, yeah.

13  Q.   Right.  And if we count the samples that way --

14  A.   I -- I mean -- I mean, I believe in your -- what you are

15  saying.

16  Q.   Okay.  So we've drawn a circle that is about 68 percent of

17  the production of sodium nitrate from the Atacama between 1931

18  and 1950, and also 20 of Dr. Sturchio's samples, right?

19  A.   If you say so, yes.

20  Q.   Okay.  Thank you.

21       You talked about the stream that you say is used to

22  provide the water necessary to run the Guggenheim process at --

23  is it Maria Elena?

24  A.   And Pedro de Valdivia.

25  Q.   Oh, I'm sorry, and Pedro de Valdivia.  That's one of the

1  other -- that's one of the big Guggenheim plants, right?

2  A.   Yes, sir.

3  Q.   Okay.  But would you also agree with me, sir, that in the

4  Atacama there is widespread, relatively abundant groundwater

5  supplies commonly not more than a few meters from the surface?

6  A.   In some places, mainly in the Tarapaca district, that is

7  correct.

8  Q.   Okay.  And you talked about whether you had gotten

9  complaints about your products and their perchlorate level.

10       In fact, in around the late '90s or 2000 or so, the EPA

11  started raising the issue with your company of whether the

12  perchlorate in Chilean nitrate fertilizers could have

13  contaminated groundwater, right?

14  A.   That is my understanding.

15  Q.   Okay.

16  A.   In the, as I said, beginning of the 2000, probably.

17  Q.   Okay.  And also, going back to the beginning of the prior

18  century, in the very early 1900s or perhaps before, some

19  Europeans were complaining that the perchlorate in your sodium

20  nitrate fertilizer was injuring their plants, right?

21  A.   There was some analysis done, mainly in Belgium and in

22  Germany, that high doses of sodium nitrate with potassium --

23  with perchlorate could affect the -- the -- some plants, that

24  is correct.

25  Q.   And in response to that, the sodium nitrate producers

UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA

```
 1    agreed that sodium nitrate sent to Europe would have no more
 2    than .5 percent perchlorate, right?
 3    A.    That is correct.
 4    Q.    And the Guggenheim process, as patented, enables
 5    production of sodium nitrate with a perchlorate level of
 6    .1 percent, doesn't it?
 7    A.    As a nominal, as nominal, .1, yes.  But I've never -- have
 8    never produced lower than that.
 9    Q.    Okay.  And the Guggenheim process was patented in the
10    early 1920s, right?
11    A.    In 19 -- yes, early 1920s, that is correct.
12    Q.    Okay.  And finally, sir, is it risky to human health to
13    drink water contaminated with perchlorate?
14          MR. SMITH:  Objection, calls for an expert opinion,
15    Your Honor.
16          THE COURT:  Sustained.
17          MR. SANSONE:  All right.  I have nothing further.
18          THE COURT:  Okay.  Redirect.
19          MR. SMITH:  If I had another one of these
20    (indicating), I could walk around and sell stuff.
21       Why don't you put that up, and I'm going to ask questions.
22                        REDIRECT EXAMINATION
23    BY MR. SMITH:
24    Q.    Counsel drew a circle around both Baquedano and Tocopilla
25    and asked you if together they were responsible for 65 percent
```

UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA

1    of the sodium nitrate production during various periods of

2    time; is that correct?  You remember that?

3    A.    Yeah.  Yes.

4    Q.    Well, after 1938, how much sodium nitrate was produced in

5    Baquedano?

6    A.    None.

7    Q.    Zero?

8    A.    Zero.

9    Q.    So you could draw a circle around just Tocopilla, just

10   around the Guggenheim plants, and you would have the 65 percent

11   of the national production, correct?

12   A.    Yes.

13   Q.    After 1938.

14   A.    Yes.

15   Q.    And during World War II, did Baquedano produce any sodium

16   nitrate?

17   A.    It was --

18             MR. SANSONE:  Objection, foundation.

19             THE COURT:  Overruled.

20             THE WITNESS:  -- closed in 1938.

21   BY MR. SMITH:

22   Q.    The facilities were closed in 1938?

23   A.    Baquedano was closed in 1938.

24   Q.    You were asked about the Shanks process in the late 1800s

25   and the reduction of perchlorate.

1          Do you have an understanding how the perchlorate was

2     reduced in the Shanks method to comply with the .5 percent

3     requirement?

4     A.    Yes, I do have.

5     Q.    And what's your understanding?

6     A.    Well, I will have to explain the Shank process a little

7     bit to -- to -- to -- to -- for the jury and -- here to

8     understand.

9     Q.    Can we talk about --

10              THE COURT:  Rephrase your question.

11              MR. SMITH:  Yes, let me -- thank you, Your Honor.

12    Q.    Did it have any -- did reducing the perchlorate in the

13    sodium nitrate back then have anything to do with selecting

14    caliche that had more or less perchlorate?

15    A.    There were three ways.  One was, they were doing samples

16    and selecting caliche that had less perchlorate, and that -- in

17    the same mine, because the mines are very close to the plant.

18    And then they -- they mix some caliche with higher perchlorate

19    with a lower perchlorate, and then immediately got something

20    with .5 percent.  Now, the other way was just to get more or

21    less similar what we did in the Guggenheim, just to get the

22    overflow of the -- of the hot pot, where they leach the caliche

23    at 100 degrees, and part of it, the overflow, it contained

24    lower perchlorate.

25    Q.    And what did that do in terms of production of the

UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA

```
 1    product?

 2    A.   Oh, decrease enormous.

 3    Q.   It did what?

 4    A.   Decrease.  The production, production tonnage?

 5    Q.   Yes.

 6    A.   It decrease.

 7              MR. SMITH:  Okay.  Nothing further.

 8              THE WITNESS:  Thank you.

 9              THE COURT:  Redirect or --

10              MR. SANSONE:  Nothing further, Your Honor.

11              THE COURT:  You may step down.  Thank you very much

12    for coming in, sir.

13              THE WITNESS:  Thank you, sir.

14              THE COURT:  Next witness.

15              MR. SMITH:  Dr. Richard Laton, L-a-t-o-n.

16              THE CLERK:  Good afternoon.  May I please ask that

17    you raise your right hand.

18         Do you solemnly swear the testimony that you are about to

19    give in the matter now before the Court shall be the truth, the

20    whole truth, and nothing but the truth, so help you God?

21              THE WITNESS:  I do.

22              THE CLERK:  Thank you.  May I please ask that you

23    state your full name for the record and spell your last name.

24              THE WITNESS:  Liam Richard Laton, L-a-t-o-n.

25              THE CLERK:  Thank you.
```

UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA

```
 1              THE COURT:  Okay.  You may inquire.
 2          LIAM RICHARD LATON, DEFENSE WITNESS,
 3                   DIRECT EXAMINATION
 4  BY MR. SMITH:
 5  Q.   What is your profession?
 6  A.   I am a tenured associate professor of hydrogeology at
 7  California State University Fullerton.  I'm also the president
 8  of Earth Forensics.
 9  Q.   And you said you were a hydrogeologist.  Are you
10  registered in the state of California, among others?
11  A.   I am a registered professional geologist and a registered
12  professional hydrogeologist in the state of California and
13  Washington, and I'm also a professional geologist in ten other
14  states.
15  Q.   And have you conducted environmental investigations of
16  water contamination during your career?
17  A.   Yes.
18  Q.   Give the jury an estimate.
19  A.   Hundreds and hundreds.
20  Q.   In general, at a very high level, how does one do an
21  environmental investigation?
22  A.   Well, first you get a call, and then they -- they think
23  they have a problem or they know they have a problem.  So one
24  of the first things you want to do is try to develop what's
25  considered a site conceptual model.  It's not a computer model.
```

1   It's just really an understanding of all the variables that

2   might or may not go into it.  For example, what's the geology,

3   what's the hydrology or surface water, what's the groundwater

4   conditions, are there faults nearby.

5       It also goes into the land use history, going back as far

6   as you can and seeing how things have changed over time.

7       It goes into climate.  Has there been really rainfall

8   years that may have put more water in the system, or are there

9   people pumping water out more than what they were in the past.

10      It goes through the -- looking at every both government

11  and consulting report you can find associated with that

12  particular project or that problem, because the one thing you

13  want to do is make sure you understand everything.

14      You start at 20,000 feet, but you keep bearing your way

15  down to 10,000, 5,000.  Finally you get to the spot where you

16  can start to begin to understand what the problem is.  And you

17  have to do that, otherwise you have no chance of ever being

18  able to clean it up or to fix that problem.

19  Q.   Have you been asked to give opinions regarding the source

20  of perchlorate in Pomona's groundwater?

21  A.   Yes.

22  Q.   When was perchlorate first identified in California as a

23  potential contaminant of concern in groundwater?

24  A.   In 1997 the, basically, water agency in the Central Valley

25  was contacted or -- was contacted by the regional board, which

1   is an oversight group, that they thought they had got

2   perchlorate in the groundwater and they needed to study it.

3        At that point, the detection levels for perchlorate were

4   fairly high, and so the State of California investigated and

5   conducted a -- and developed a new test that could get the

6   analytical concentrations down to 4 parts per billion, or

7   4 micrograms per liter, so they can actually go out and look at

8   all the wells in the state and see if they even had a problem.

9        It's great that this one site in Central Valley had a

10  problem, but the idea was in late '90s, early '98, they had to

11  go out there and start doing a survey to try to see if there

12  was anything out there, or was it just one spot, is it

13  localized, see whether or not it's localized or it's throughout

14  the state.

15  Q.   Can you tell the jury, describe for the jury the extent of

16  the groundwater data that you have relied upon to reach your

17  opinions regarding perchlorate in Pomona.

18  A.   There's a -- an area which we'll probably describe here

19  soon and you've probably heard a lot about, the capture area,

20  or where the water is captured for the City of Pomona

21  wellfield.

22       Within that area, there is over 81,000 data points of

23  water chemistry that I've evaluated.  Of those 81,000 data

24  points, all the way back to 1976, there's 1700 or so

25  perchlorate concentration numbers or samples that are collected

UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA

```
 1    in that same little area.  Those were from 1998 to today, so
 2    only the last 20 years.
 3    Q.    And tying back to the previous questions, why are there
 4    only perchlorate data going back to 1998?
 5    A.    Two things.  One is, we didn't even consider it a
 6    groundwater issue until middle of '97, and there wasn't an
 7    analytical technique to sample for it at a low concentration
 8    until '98.  So the first samples were really 1998.
 9    Q.    Have you reached an opinion as to the current extent of
10    perchlorate contamination in Pomona's groundwater?
11    A.    Yes.
12    Q.    Do you have --
13          Would you put before the witness only Exhibit 2546-106.
14          Is that a figure that you prepared for your report?
15              THE COURT:  It's not on yet.
16              MR. SMITH:  I'm sorry.
17              THE COURT:  There you go.  Okay.
18              THE WITNESS:  Yes.
19    BY MR. SMITH:
20    Q.    Is that a figure you prepared for your report?
21    A.    Yes.
22    Q.    Is it based upon the number of data points you just
23    described to the jury?
24    A.    Yes, it is.
25    Q.    And did you contour the concentrations of the perchlorate
```

in the groundwater?

A.   Yes.  This particular contour map, I contoured the data

just from 2012 to 2017, just the last five years, to see what

the highest concentration of perchlorate in the groundwater

within an area is, and create a figure that illustrates that.

Q.   And then -- and what is the area of concern that you

considered in your analysis in the map?

A.   In 2011 Dr. Wheatcraft calculated what he saw was the

capture area for water in the Pomona wellfield, sometimes

referred to as the teardrop.

     In 2015, a new capture area, more of an avocado shape, was

determined due to some changes in porosity and some other

things in the groundwater modeling side of it.

     But both cases, these are essentially groundwater

watersheds.  So think of your bathtub.  Drop of water lands on

one side of the tub, it goes in; lands on the other side, it

goes out.

Q.   And what's the -- and you're using Dr. Wheatcraft's 2011

report capture zone here?

A.   In this figure, that's the 2011 capture area by

Dr. Wheatcraft, yes.

Q.   And are the iso con- -- what's an iso concentration line?

A.   It's a topographic map for chemistry.  So they try to take

the chemistry that has like numbers, say 10, and you try to

make a circle for which all the 10s would be in there.  If you

1    have a 2, you try to capture all the 2s that are in that.  So

2    as you go out, the concentrations always go, or the elevations

3    go, from high to low, and you're just trying to get a shape of

4    what the plume or what the -- where the chemistry's at within

5    the area.

6    Q.   Does Figure 4A in this exhibit represent your opinion as

7    to the shape and lateral extent of the plume?

8    A.   As of today, yes.

9            MR. SMITH:  Offer, Your Honor, 2546-106.

10           THE COURT:  Okay.  It will be received.

11       (Received in evidence, Exhibit 2546-106.)

12           MR. SMITH:  Would you please display it on the

13   monitor for the jury.  Let's tighten it up so we're just

14   looking at the teardrop and what's in it.

15   Q.   This is obviously downtown -- strike that.

16       This is obviously Pomona, is it not?

17   A.   Yes, it is.

18   Q.   And what's at the center of this teardrop, the capture

19   zone, as you call it?

20   A.   At the center is the -- illustrated by a little black, or

21   little purple box or pink box, the AEP plant area.  And then

22   next to it is --

23   Q.   Could you put your finger on the AEP plant so the jury's

24   oriented as to the plume?

25   A.   (Indicating.)

1   Q.   Okay.  And what did the different colors represent,

2   starting from the interior going outward?

3   A.   Well, two things.  There's colors.  The -- the wells

4   themselves are the circles, the little dots, and those circles

5   are related to perchlorate contamination at that exact spot.

6        The iso-contour lines, which are color coded, represent

7   the chemistry in a range that encompasses those wells.

8        So the darkest red is 19 milligrams per liter.  The

9   orange, which encompasses that, is between 17 and 18 micrograms

10  per liter, and so forth on out, until we get to the dark blue,

11  which is below the MCL.  So that's all drinkable water.

12  Everything outside of the teal blue and dark blue is drinkable

13  water.

14  Q.   So I'm going to put my finger around the dark blue.  Is

15  that water contaminated or not contaminated with perchlorate?

16  A.   It is not contaminated with perchlorate.

17            THE COURT:  Talking about inside or outside of that

18  circle you made?

19  BY MR. SMITH:

20  Q.   Answer the question for the judge.

21  A.   It's not so much inside and outside, it's where the --

22  that color blue, everywhere that color blue is, that would be

23  the perchlorate -- where the water is not contaminated by

24  perchlorate.

25            THE COURT:  Okay.

BY MR. SMITH:

Q.   But when we get -- when we get to the lighter blue, is
that contaminated with perchlorate?

A.   Yes.

Q.   And as you go towards the red, are concentrations
increasing or decreasing?

A.   They are increasing.

Q.   And what's the center?  What do you call the center?

A.   The center is the dark red, and that's where I would
consider the hottest location for perchlorate in the area,
based upon 1700 data points.

Q.   In your business, would you call this a plume map?

A.   Yes, I would.

Q.   And what is the plume bounded by in terms of streets?  Can
you give us that reference point so that everybody understands
where this plume is located.

A.   Yeah.  I'll kind of step back just a second to our
10,000-foot elevation, and you'll see some orange lines on
there.  These kind of form a "T" through the middle.

Q.   Can you put your finger near the orange lines, because I
can't see it very well.

A.   That is Holt Avenue.

     This is Mission Avenue.

     This is Reservoir.

     And this is East End.

1        That -- those -- that's basically where I'm terming the

2    "Pomona industrial corridor," and it turns out the railroad

3    tracks run right through the middle of that, both in the

4    east/west and the north/south way, and as such, that's where

5    industry has grown up through the time that the railroads have

6    been there, which is way back to the 1880s.

7    Q.   Is there perchlorate contamination in the groundwater in

8    the capture zone outside this plume?

9    A.   No.

10   Q.   Has this hot spot moved in the last 20 years?

11   A.   No.  In fact, when you go back and take the data since

12   1997 for this capture, the whole -- the whole teardrop, this

13   plume has stayed very, very constant where it's at.  Now, it's

14   changed shape just a hair, because, in some time frames,

15   samples weren't collected in the wells.  So a well that may be

16   in the teal area might have been sampled in 2005, but wasn't

17   sampled again until 2012.  Other than that, this plume in the

18   hot spot, the dark orange and dark red, has maintained that

19   exact spot through the last 20 years.  Hasn't moved.

20   Q.   Please take a look at what is Figure A in your 2018

21   report.  It's Exhibit 2546-112.

22            THE CLERK:  I'm sorry, are we -- just for the

23   witness?

24            MR. SMITH:  For now.

25            THE CLERK:  Thank you.

UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA

1    BY MR. SMITH:

2    Q.   Let me know when you have it up.

3    A.   Yes.

4    Q.   What are you looking at now?

5    A.   I'm looking at a perchlorate distribution map within that

6    same teardrop, the 2011 capture area, where I've just depicted

7    the wells as either being below MCLs, or drinkable, or they're

8    higher than that.  And it still has the industrial corridor

9    depicted as well.

10   Q.   Does this accurately depict the well locations in the

11   Pomona area?

12   A.   Yes.

13   Q.   Does it accurately depict the wells that are below MCL

14   with -- in terms of perchlorate?

15   A.   Yes.

16   Q.   Does it accurately depict the wells that are above MCL?

17   A.   Yes, it does.  It includes one point which is actually the

18   AEP plant discharge, which is below MCL, obviously.

19            MR. SMITH:  Offer 2546-112.

20            THE COURT:  Be received.

21        (Received in evidence, Exhibit 2546-112.)

22            MR. SMITH:  Please display it.

23   Q.   In your opinion, is it important to have a map indicating

24   the concentrations of the contaminated wells versus the

25   uncontaminated wells?

UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA

1    A.    Yes.   And the reason being is that, without visualizing

2    and putting the data into context and look at it spatially,

3    then there's no way to be able to understand it.

4    Q.    Okay.   And we'll just flash real quick to 7B, which is

5    Dr. Wheat- -- is 2546-113.

6          Is -- does that -- is that in every way the same, except

7    you're using Dr. Wheatcraft's -- a different capture zone for

8    Dr. Wheatcraft?

9    A.    Yeah.   The first one was the 2011 capture area.   This one

10   is the 2015 capture area.   I refer to them as the teardrop and

11   the avocado.

12              MR. SMITH:   And I offer this one, too, Your Honor.

13              THE COURT:   Okay.

14        (Received in evidence, Exhibit 2546-113.)

15   BY MR. SMITH:

16   Q.    And is the -- is a difference that -- can you point out

17   the wells that are now included in the 2015 avocado that were

18   not included in the teardrop.

19   A.    Yes.   There is P21 down here, and there's three additional

20   Monte Vista wells, and that's Monte Vista Water District wells.

21   Q.    Are they all not contaminated with perchlorate?

22   A.    Yes.

23   Q.    But in the trial, we've been using just the teardrop, is

24   that correct, so far?

25   A.    So far, yes.

UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA

1    Q.   Let's go back to that page, then, 112 of Exhibit 2546.

2         Can you point out where the citrus fields were as of the

3    Second World War in Pomona in terms of this capture zone area?

4    A.   They were -- almost entirely were north of Holt Avenue.

5    Q.   Have you examined various aerial photographs to assist in

6    your opinion?

7    A.   Yes.

8    Q.   Have you reviewed a 1946 image that was Sundstrom

9    Demonstrative No. 2?

10   A.   Yes, I have.

11   Q.   Is that Exhibit 4621?

12   A.   Yes.

13             MR. SMITH:  Your Honor, I'll offer 4621.

14             THE COURT:  Be received.

15        (Received in evidence, Exhibit 4621.)

16   BY MR. SMITH:

17   Q.   And did you plot on there the same wellfield description

18   as you have on your earlier exhibit?

19   A.   The capture area is the 2011, yes.  That's the blue line

20   going around the north portion of the aerial image, and the AEP

21   plant is highlighted in purple.

22   Q.   And you had the railroad going kinda down the center

23   there.  Is that right at the -- right on the northern boundary

24   of the AEP plant?

25   A.   Yes, it is.

1    Q.   Can you point that out to the jury.

2    A.   (Indicating.)

3         And that railroad is between Holt Avenue and Mission

4    Avenue.

5    Q.   And can you identify where the citrus fields are in this

6    1946 photograph?

7    A.   Everything in this area.

8    Q.   And have you calculated the acreage of the citrus fields

9    that were south of the railroad?

10              MR. HEAD:  Objection, Your Honor, in terms of this

11   client's -- or this witness's expertise.  He's a

12   hydrogeologist.

13              THE COURT:  Sustained.

14              MR. HEAD:  Thank you.

15              MR. SMITH:  Let's go back to Exhibit 2545.  No,

16   it's -46, 112.

17   Q.   Do you have an opinion as to whether the perchlorate in

18   the groundwater in the plume, in the downtown area, is from

19   sodium nitrate fertilizer used on citrus during World War II?

20   A.   Yes.

21   Q.   What is your opinion, sir?

22   A.   It's absolutely impossible for that to be the case.

23   Q.   What do you base that on?

24   A.   I base that on 80,000 data points and 1700 perchlorate

25   data points for which there has never been a trace of

81

```
 1   perchlorate in the northern area underneath the historical
 2   orchard area.
 3   Q.   Can you point out to the jury the specific wells that
 4   you're relying upon in support of that opinion.
 5   A.   There's Well 27 here, and the rest are all Monte Vista
 6   wells.  There's actually another well in here, Well 30, which
 7   is somewhere -- it's probably a little high.  But everything is
 8   north of Holt Avenue.
 9   Q.   Would you take a look at Exhibit 64-1.
10             THE CLERK:  Just the witness?
11             MR. SMITH:  Just to the witness.  We'll authenticate
12   it first.
13   Q.   Did you prepare this exhibit in the same way as you did
14   the previous exhibit?
15   A.   Yes.
16   Q.   But what's the difference in terms of the data range that
17   you were displaying?
18   A.   The other one was from 2012 to 2017.  This is from my
19   original report, which is from 1998 through 2011.
20   Q.   So that's covering 13 years of data from 1998 forward,
21   correct?
22   A.   Correct.
23   Q.   And is the data accurately summarized?
24   A.   Yes, it is.
25             MR. SMITH:  Offer Exhibit 2164-1.
```

UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA

```
 1                 THE COURT:  It will be received.

 2          (Received in evidence, Exhibit 2164-1.)

 3                 THE WITNESS:  Is there a question?

 4                 THE COURT:  Not yet.

 5                 MR. SMITH:  Well, we need to see it, please.

 6                 THE CLERK:  I'm sorry.

 7                 MR. SMITH:  Can you reduce that, reduce that just to

 8    the capture zone area, the teardrop.

 9    Q.    Okay.  Is that teardrop in the same location as the

10    previous exhibit?

11    A.    Yes, it is.

12    Q.    But I'm seeing additional blue wells.  Can you identify

13    those?

14    A.    This here is P30.  It's one that was sampled prior to

15    19 -- or 2011.

16    Q.    What was P30 sampled at in terms of perchlorate

17    concentration?

18    A.    Non-detect.  Had nothing in it.

19    Q.    I see a green circle on the upper part of the teardrop.

20    What does that mean?

21    A.    The one up towards the top is a Monte Vista well that had

22    a concentration above 4 but below 6, and therefore was

23    drinkable.

24    Q.    Okay.

25    A.    It's right next to the recharge area from the San Antonio
```

1   Creek.

2   Q.   And how does this display of data support your opinion?

3   A.   Once again, the concentrations to the north under the old

4   orchards are non-detect.  And if there was gonna be a time for

5   which the chem- -- the perchlorate would have percolated down

6   and moved to the south, go back to the duck thing:  If you

7   throw a bunch of ducks in, I'm bound to see one of them over

8   the last 20 years, and haven't seen one.  Not a single duck.

9   Q.   Including data going back to 1998?

10  A.   Correct.  The last 20 years.

11  Q.   Let me ask you about the two green data points here and

12  here.  From memory, I know it's a memory task, can you tell me

13  what wells those are from?

14  A.   I do not recall off the top of my head which well they

15  are.

16  Q.   Well, are those data -- were -- were those same wells

17  sampled after 2011?

18  A.   No, they were not.  They were below MCLs on -- between '98

19  and 2011, but they have not been sampled since.

20  Q.   Who's in charge of sampling?

21  A.   City of Pomona.

22       MR. SMITH:  As a demonstrative, please give the

23  witness 4541.  Let's just display it to the witness for the

24  moment.

25  Q.   What's 4541 based on?

UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA

1  A.   The figure's the same one that we just discussed a few

2  minutes ago, but additionally, on top of that, I have added

3  a -- several lines, which depict time frames from which, if you

4  take Dr. Wheatcraft's table, Table 1, for travel times, it

5  depicts where you would find perchlorate at certain given times

6  based upon when they were introduced to the environment.

7  Q.   Did you use his opinions for travel times?

8  A.   This is a hundred percent his opinions.

9  Q.   Both for time for migration from the surface to the water

10 table, that -- did you rely upon his opinion there?

11 A.   Yes, I did.

12 Q.   Did you also rely upon his opinion for the travel time in

13 groundwater?

14 A.   Yes, I did.

15 Q.   Is 4575-21 --

16      And may we display that, please.  It's in evidence.

17           THE COURT:  Yes.

18           MR. SMITH:  4575-21.

19           THE CLERK:  I don't have anything with that number.

20           MR. SMITH:  We'll come back to that later.

21 Q.   But in terms of -- what's the travel time in groundwater

22 that you assume from Dr. Wheatcraft?

23 A.   119 feet per year.

24 Q.   And did you apply his numbers as he gave them for the

25 teardrop?

1  A.   Yes.   That includes both the travel time through the

2  vadose zone, which is -- so from the surface down to the water

3  table, and then once it hit the water table, from there, how it

4  traveled.

5  Q.   And in your opinion, does this fairly depict not only the

6  contamination data in the water, but also fairly depict his

7  assumptions as to travel times?

8  A.   Yes, that's what this depicts.

9          MR. SMITH:   Your Honor, offer 4541.

10          THE COURT:   Be received.

11     (Received in evidence, Exhibit 4541.)

12          MR. SMITH:   Now, let's tighten up a little bit on

13  that, if we can.

14  Q.   Assuming -- assuming that a drop of perchlorate, let's say

15  a bag of perchlorate, is put at the top of the teardrop in

16  1945, under Dr. Wheatcraft's opinions, in what year would it

17  hit the first set of monitoring wells?

18  A.   Well, if he introduced -- at the top of the teardrop, if

19  he introduced the perchlorate as hypothesized, it would take 30

20  years to get to the groundwater table, which is 1975.  Taking

21  that to the first well, which is Monte Vista monitoring well,

22  or production Well 26, it'd be an additional 35 years, or by

23  2010 the perchlorate should be showing up in that well.

24  Q.   And if a farmer used sodium nitrate in substantial amounts

25  at the northern part of the teardrop, using Dr. Wheatcraft's

1  analysis, when would it get to the hot spot?

2  A.   Over 125 years, or past the year 2100.

3  Q.   So it -- if I'm standing at the AEP plant, has it gotten

4  there yet?

5  A.   According to Dr. Wheatcraft, no.

6  Q.   Let's go to 4542.  Let me first ask you a question before

7  we publish it.

8       Is this exhibit prepared with the same assumptions and the

9  same analysis as the previous exhibit?

10 A.   As soon as I see it.

11 Q.   Okay.  Do you see it now?

12 A.   Ah.  Yes, now I see it.

13 Q.   Okay.  Is this prepared the same way as the prior exhibit?

14 A.   Yes, it is.

15 Q.   But is there a difference in terms of the starting -- the

16 extent -- as to the place where the sodium nitrate is first

17 applied?

18 A.   Yeah.  Here, instead of starting at the very, very

19 tippy top, we moved it down to well -- Monte Vista Well 26

20 and started it there.  So if you start there and take the

21 same 30 years to get to the water table and then propagate

22 it forward 119 feet per year, it will finally get to the

23 middle of the Monte Vista wellfield, basically to Highway 10,

24 in 1998.

25            MR. SMITH:  Offer 4542.

UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA

```
 1              THE COURT:  Be received.

 2         (Received in evidence, Exhibit 4542.)

 3   BY MR. SMITH:

 4   Q.   Would you point where you're referring to when you say the

 5   I-10 freeway.

 6   A.   Oops.  Right there.

 7   Q.   And in 1998 do we have water quality data for the Monte

 8   Vista wells?

 9   A.   Yes, we do.

10   Q.   What do they show?

11   A.   Non-detect.

12   Q.   And assuming that the entire area from right here to right

13   here was fully using sodium nitrate fertilizer in 1945, how

14   long would it take that sodium -- the perchlorate to get to the

15   AEP wellfield?

16   A.   Ninety years from the leading edge of that.  And P27,

17   which is the well in the middle, would be 42 years, or 2017.

18   And there -- and at that particular well, we have seen

19   non-detect since 1998 when they started sampling that well.

20   It's never had a detection in it.

21   Q.   Would you put your finger on P27.

22   A.   (Indicating.)

23   Q.   Is that the well that is shown?

24   A.   Yes.

25   Q.   No perchlorate contamination for the last 20 years?
```

1    A.   No.

2    Q.   Has it shown any perchlorate contamination in the last 20

3    years?

4    A.   It's had one data point, which was .86 micrograms per

5    liter, which is well below what Dr. Sturchio said is

6    background.  Other than that, it's always been non-detect.

7    Q.   In your opinion, if Dr. Wheatcraft's travel times are

8    reasonable, is it possible for sodium nitrate to have been used

9    in the northern part of the teardrop during World War II?

10   A.   No, it's not.

11   Q.   If, instead of 1945, we use 1940, how do we adjust the

12   time frames?

13   A.   You just adjust it backwards the five years.  So instead

14   of '98, it'd be '93.  Instead of 2017, we'd move it back to

15   2012.  Once again, P27 has no hits at that point in time.

16   Q.   Let me skip ahead to 4544 and display it only to you, the

17   witness.  And as soon as you see it, I'm going to ask you, was

18   this prepared in the same way as the previous few exhibits?

19   A.   Yes, it is.

20   Q.   And what's the difference in terms of starting location of

21   the application of perchlorate to the surface?

22   A.   Once again, we're just moving further south, and at this

23   point we're taking a line from P27 to the AEP well --

24   wellfield.

25            MR. SMITH:  Offer 4544, Your Honor.

UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA

1              THE COURT:  Be received.

2         (Received in evidence, Exhibit 4544.)

3              MR. SMITH:  May we publish it?

4              THE COURT:  Yes.

5              THE CLERK:  I'm sorry.

6    BY MR. SMITH:

7    Q.   So we're starting with the green line where I just bi- --

8    intersected with P27?

9    A.   Correct.

10   Q.   And is the assumption that sodium nitrate fertilizer was

11   used in 1945 in this entire area?

12   A.   That would be the assumption based upon this figure, yes.

13   Q.   Well, if you make that assumption and assume

14   Dr. Wheatcraft's travel times, when does the perchlorate first

15   get to the AEP wellfield?

16   A.   For over 50 years.  After 2023.

17   Q.   Has it gotten here yet, under this assumption?

18   A.   No, it has not.  And P30's also another well that's been

19   non-detect within the time frame for which this prediction was

20   made.

21   Q.   Is P30 where I just put the green dot?

22   A.   Yes, it is.

23   Q.   So if not from sodium nitrate used in the citrus fields,

24   where, then, in your opinion, does perchlorate come from?

25   A.   Well, if you go back to our original contour map, there's

1    no reason to look miles and miles away where there's nothing.

2    You go right to where the hot spot's at.

3    Q.   Please do that.  That's 2546-106.

4         Focus in on that a little bit more.  Great.

5         So an opinion -- in your opinion, what's the origin of the

6    perchlorate hot spot you're seeing on the plume map?

7    A.   Since it sits right smack in the middle of the industrial

8    corridor, it's tied in industry.  I know this because of years

9    and years of experience.  There's just no reason to go look

10   miles away when the hot spot or the middle of the bull's eye

11   sits in one spot.  That's where you go start.

12        And so, within that, we have a tremendous amount of

13   industry that's been there for a number of years, tied to the

14   aerospace industry.  There were heat treaters and glass

15   production and leather production.  There was metallurgists,

16   all kinds of things, making parts for airplanes and missiles.

17   The B-52 airplane, a lot of the parts were made right there.

18   Q.   What does that have to do with perchlorate?

19   A.   Well, if you ever watch Forged in Fire, you know that they

20   have to quench the metal to make it hard.  And so sodium

21   nitrate was actually used in that quenching process early on.

22   And in fact, as I went and visited a few of these places,

23   they're actually still used in some similar products today.

24   And that is, is they had a vat, just basically a bathtub, that

25   they filled with sodium nitrate and got it hot and moltie, put

1   the metal in there, and that quenched the metal.  Now, as they

2   bring it out, the problem is, now they have to wash it.  So

3   they had to wash it with water and steam and other things, and

4   that would have contained perchlorate in it, and that

5   perchlorate would have been introduced in the environment

6   during those early years when no one really paid attention to

7   whether or not it went under the ground or into a dry well or

8   into the city sewers.

9   Q.   As a result of your review of industries, did you also

10  find companies that used pure perchlorate?

11  A.   Yeah, we found not only sodium nitrate, but industries

12  that used pure perchlorate, as well as also ones that used

13  other products that would break down into perchlorate.

14  Q.   Before we get to the breakdown products, tell me the

15  businesses that you were able to identify that used perchlorate

16  itself.

17  A.   Well, General Dynamics has a facility within our corridor,

18  just outside of our capture area, but well within an area that

19  can potentially be associated with us.  Then also there was a

20  waste facility that actually collected waste from everybody,

21  called the Dotson facility, which was there as kind of a

22  landfill for salt, liquid waste, but then there was a facility

23  that has multiple addresses, but they received over 500 pounds

24  of perchlorate annually for a number of years in making model

25  rockets and doing some other testing as far as we could tell.

1  Q.   How do you know they received over 500 pounds of

2  perchlorate per year for many years?

3  A.   It is from a document that was -- that we've -- it's in a

4  record that you can find on the Internet that talks about the

5  deliveries from Kerr-McGee in Henderson and where they went,

6  and U.S. Rockets was one of the ones listed as being one of the

7  only ones in Pomona area to receive over 500 pounds annually.

8  Q.   Is there a U.S. Rockets facility within the hot spot?

9  A.   Yes, there is.  In fact, there's two of them.

10  Q.   Is there any other source -- what's the word -- strike

11  that.

12      What's the word "recharge" mean in your business, in your

13  profession?

14  A.   Recharge in -- certainly in California, is when we take

15  water from whatever various sources and we put it on the

16  surface or down a well to get it into the subsurface so it can

17  travel along so we can reuse it at a future date.

18      Orange County Water District has a bunch of ponds.  L.A.

19  has the Montebello Spreading Center along the San Gabriel

20  River, where they try to spread out water to try to get it in

21  the ground as fast as they can, or recharge the groundwater.

22  Q.   Have you reached an opinion as to whether or not the

23  operations of the AEP plant themselves are a source of

24  perchlorate recharge to the groundwater?

25  A.   Yes, I have.

1   Q.   Can you explain to the jury your principal reasons.

2   A.   Going back to this hot spot, it hasn't moved.  We know

3   that over -- since 1976, the City of Pomona has pumped out

4   130 billion gallons of water, of which perchlorate was least

5   sampled since 19 -- in '98.  It was included in that, and if

6   you add it up, it was actually somewhere around 4 tons they've

7   removed.  Well, if you remove that much, the concentration

8   should go down, and yet they have not.

9        The other thing is, as you -- as the AEP plant uses the

10  ion exchange to take chloride to exchange for the perchlorate

11  ion, that is now used up in that resin after a while, and they

12  have to regenerate it.  So they have to put salt water back to

13  the system and flush it, get out the perchlorate and nitrate

14  back out of it.  Once they do that, then they discharge it to a

15  sewer line to get it to a regional sewer line, or regional

16  brine line, to get it out of the area.  Idea is, originally,

17  was to try to get the brine and the high salt contents from all

18  over the area out there out of the area so it doesn't build up

19  within the aquifer system.

20  Q.   Has the City ever measured that wastewater brine that has

21  been used to wash the resin free of the nitrate in the

22  perchlorate?  Has that brine ever been measured for

23  perchlorate?

24  A.   Yes, it has.

25  Q.   And what's the range of measurements?

1  A.   The average concentration of the samples leaving the plant

2  are 500 parts per billion, or 500 micrograms per liter.

3  Q.   And how does that relate to the MCL?

4  A.   It's nearly a hundred times greater than the 6, which is

5  the MCL.

6  Q.   When it leaves the AEP plant, where does it go to next?

7  A.   Originally, the plant was set up to discharge to a

8  dedicated PVC line.

9        MR. HEAD:  Objection, Your Honor, foundation.

10        THE COURT:  Why don't you lay the foundation,

11  Counsel.

12        MR. SMITH:  Yes.

13  Q.   What have you done to investigate the pathway that the

14  discharge brine goes to?

15  A.   I've reviewed the City sewer systems and all the documents

16  associated with the AEP plant as it relates to how it was

17  originally constructed.

18  Q.   And have you heard testimony -- oh, you haven't been here

19  in the courtroom.

20      And in reviewing the City sewer lines, what have you

21  learned?

22        MR. HEAD:  Objection, Your Honor, this witness's

23  expertise regarding the sewer lines of the City.

24        THE COURT:  Overruled.

25        THE WITNESS:  As a consultant, I've looked at sewer

UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA

1    lines for 20 years as well as prior to that.  It's just a

2    common practice that hydrogeologists are always going to look

3    at, because they are a known pathway for contaminants to leave

4    a site.

5    BY MR. SMITH:

6    Q.   What's the basis of your opinion on that?  Tell us about

7    your experience and the literature that talks about sewers as a

8    pathway for contamination.

9    A.   My --

10           MR. HEAD:  Objection, Your Honor, as to the impact

11   on this particular site.  We're talking about outside of our

12   capture zone.  We're talking about outside the city of Pomona.

13           THE COURT:  Limited to the capture zone, Counsel.

14           MR. SMITH:  Okay.

15   Q.   Have you prepared an exhibit that shows the mechanism how

16   sewer-carry contaminants can leak into the environment?

17   A.   Oh, any sewer system would leak stuff into the

18   environment.  As is depicted by the EPA and each in -- there's

19   many, many documents out there, both scientific published

20   papers as well as government documents, one after another, that

21   sewer systems leak.

22   Q.   Let's first try to understand the mechanism.

23   A.   Okay.

24           MR. SMITH:  Let's have, as a demonstrative, Exhibit

25   2546-120.

UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA

```
 1              Yes, we'd like to publish this as a demonstrative.

 2                   THE COURT:  Okay.

 3                   MR. HEAD:  Your Honor, again, this is not a

 4       depiction that relates directly to the city of Pomona, the

 5       capture zone.

 6                   THE WITNESS:  Yes, it does.

 7                   THE COURT:  Does this reflect the capture zone?

 8                   THE WITNESS:  Yeah.

 9                   THE COURT:  Okay.  Overruled.

10                   THE WITNESS:  Absolutely.

11       BY MR. SMITH:

12       Q.   And tell the jury the mechanism by which sewers leak.

13       A.   Sewers themselves are not glued together.  They're not

14       cemented together.  All they are is loose pipes that have a

15       bell in one end, they put the other piece into it, and that

16       system is laid down in the bottom of a trench.

17                   MR. HEAD:  Objection again, Your Honor.  We're not

18       talking about specific lines within the city of Pomona or the

19       capture zone.

20                   THE COURT:  Overruled.

21            Is it your testimony this is also done in the city of

22       Pomona?

23                   THE WITNESS:  Yes.

24                   THE COURT:  Okay.  Go ahead.

25                   THE WITNESS:  In this case, it is clay vitrified
```

```
 1   pipe, which is in the area near the AEP plant within the city

 2   of Pomona, and the pipe is put together.  Now, the pipe, since

 3   it is just kind of loosely put together, certainly has the

 4   potential for leaking through those joints.  Over time they --

 5   the ground will settle.  Subsidence can take place, as we know

 6   there's a lot of subsidence in this area due to overpumping of

 7   the water wells, so there's been some sags within that pipe.

 8   As that pipe gets askewed a little bit, you get a halo on the

 9   top.  And so, as you actually look at a video in it, you can

10   actually see this halo, and that shows -- it tells you that

11   there's a section that's separated at that joint, allowing

12   potential for contaminants or wastewater to leave that pipe.

13        Other thing is, trees, roots grow into these things.  If

14   you're near a -- anything with heavy construction equipment or

15   anything that's weighted, that can certainly cause this pipe to

16   either crack or break.  Just time in the ground, as well as

17   earthquake country.  As the earthquake we felt the other day,

18   was out in this neighborhood, I'm sure that it could have

19   potentially done some damage to the subsurface.

20             MR. HEAD:  Objection, Your Honor.

21             THE COURT:  Sustained.  Next question.

22   BY MR. SMITH:

23   Q.   Would you take a look at Exhibit 2546-123.

24        First to the witness.

25   A.   Yes.
```

UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA

1   Q.   What -- did you prepare this figure?

2   A.   Yes, I did.

3   Q.   And where did you get the information that lays out the

4   location of the sewer lines?

5   A.   The City of Pomona.

6   Q.   Where did you get the information to indicate the path,

7   the sewers that are used for the wastewater brine from the AEP

8   plant?

9   A.   The City of Pomona.

10           MR. SMITH:  Your Honor, I offer Exhibit 2546-123.

11           THE COURT:  It will be received.

12   (Received in evidence, Exhibit 2546-123.)

13           MR. SMITH:  Please display it.

14   Q.   So let's take -- I know at various times, various lines

15   were used, but after 2004, what was the sewer line that was

16   used from the AEP plant?

17   A.   Originally, it went to the east and south, but then after

18   2004 it went into a sanitary industrial sewer that is across

19   the street from the AEP plant and goes to the west, and then

20   south, then west, then south, then west, then finally south

21   again.

22   Q.   Have you reviewed videos of those sewer lines?

23   A.   Yes, I have.

24   Q.   Have you reviewed reports prepared by the City staff as to

25   the condition of those sewers?

1    A.    Yes, I have.

2               MR. SMITH:  As a demonstrative, I'd like to pull up

3    4508-1.

4               MR. HEAD:  Your Honor, I object.  There's no

5    foundation that this is the actual lines within this area of

6    the city of Pomona.  In fact, I don't believe they are.

7               THE COURT:  You can handle that on

8    cross-examination.

9               MR. HEAD:  Just on foundation, Your Honor, I will

10   object.

11              THE COURT:  Okay.

12              MR. SMITH:  4508-1, demonstrative.

13              THE WITNESS:  Yes, I've seen this.

14   BY MR. SMITH:

15   Q.    And we're not going to go through the whole report, but

16   did you read this report?

17   A.    Yes, I did, and another one.

18   Q.    And was that other report 4511-1?

19   A.    Yes.

20   Q.    Did it describe the condition of the sewer system in the

21   city of Pomona?

22   A.    Yes, it did.

23   Q.    And how widespread -- strike that.

24         What did you find?

25              MR. HEAD:  Objection, Your Honor, as to how it

UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA

1   relates to the capture zone.  Talking about the entire city of

2   Pomona now.

3               THE COURT:  We're talking about what?  I'm sorry.

4               MR. HEAD:  We're talking about the entire city of

5   Pomona, but I have no idea --

6               THE COURT:  Okay.  Let's limit yourself to the

7   capture zone.

8   BY MR. SMITH:

9   Q.   Is this -- are these City reports, do they both involve

10  the sewer lines in the capture zone?

11  A.   Yes, they do.

12  Q.   Have you read these reports?

13  A.   Yes, I have.

14  Q.   What did you learn from the reports with regard to the

15  sewer -- the condition of the sewer system in the city of

16  Pomona within the capture zone?

17  A.   That there is nearly 2 or -- 2 miles of sewer that needs

18  to be replaced within the next 18 months.  And that was at the

19  time that these were published in 2009.

20       It talks about places where there is cracks.  It talks

21  about areas where there is halos or they know that there's a

22  joint that's been dislodged.  It also talks about debris and

23  other things that may block inside the sewer system as well.

24  Q.   What is a halo?

25  A.   A halo is -- actually, you can see one right here in this

1    photograph on the right-hand side.

2    Q.   Is that 4508, or is that 4511?  I can't see.  What's the

3    exhibit number?  -08.  That's fine.

4         Okay.  Point out the halo.  I guess you have there.

5    A.   Yeah.

6    Q.   That's the white area?

7    A.   Yes, it is.

8    Q.   And then on the left sewer line, is there any halo?

9    A.   Yes, there is, on the left-hand side.

10   Q.   And then if you look down the hole further, do you see

11   anything?

12   A.   Yes, you do.  You can see where it's also offset to the --

13   to the north.

14   Q.   What does a halo mean to you in your professional opinion?

15   A.   In my professional opinion, and having seen videos forever

16   in sewer systems, it's just like I said before, it's where the

17   pipes have been offset.  It makes some sense.  If you look down

18   a tube and you just offset the bottom tube a little bit, you're

19   going to see kind of -- it's not going to be a full circle of

20   the next phase.  And you can see this at the joints.

21   Q.   Did you look at video -- let's go back to 2545-123.  What

22   color have you used to indicate the sewer lines leading

23   immediately from the AEP plant?

24   A.   They are the color yellow.

25   Q.   How old are those lines?

```
 1   A.    Those are from the 1950s.

 2   Q.    Have you seen any video with regard to those lines?

 3   A.    Yes, I have.

 4   Q.    Tell the jury how the video works.

 5   A.    Think of a little car with some wheels on it and a camera

 6   that you send down the pipe, and as it goes along, it

 7   videotapes everything within that pipe.  And as you get to

 8   certain joints or things of interest, you can turn the camera

 9   to look up, down, sideways and whatnot as that CCTV unit goes

10   through the pipeline.

11   Q.    In your opinion, what was the condition of the pipes that

12   you saw with your eyes on the video?

13   A.    They were -- not surprisingly, they had cracks, halos.

14   And in fact, in one particular location, you can see where

15   someone had actually drilled a hole and placed a pipe all the

16   way through the sewer.  Which, it turns out, in an

17   industrialized area, and having done a lot of drilling, it does

18   happen more often than not.

19   Q.    What does that mean in terms of the structural -- what

20   does that mean in terms of the integrity of the sewer line in

21   terms of preventing water from leaking out?

22   A.    It just -- it just augments the fact that there's going to

23   be more water leaking out at those areas.

24   Q.    And on the other video, 4511 -- the other report, I'm

25   sorry, October 11, 2011, do you see halos on that page?
```

UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA

1   A.   Yes.

2   Q.   Is that on the right?

3   A.   That's on the right.  You can see a little bit on the

4   left.

5   Q.   Well, there is something else on the left.  What is that?

6   A.   That is vegetation.  Roots.

7   Q.   What does that indicate to you as a professional in terms

8   of the integrity of the sewer system?

9          MR. HEAD:  Objection again, Your Honor, as to the

10  location of this particular spot.  There's no foundation.

11         THE COURT:  Do you know what the location of this

12  spot is?

13         THE WITNESS:  The location of this exact spot of

14  this picture, I do not; however, I do know these are within the

15  capture area.

16         THE COURT:  So you can testify they are in the

17  capture zone area?

18         THE WITNESS:  Yes.

19         THE COURT:  Overruled.

20         THE WITNESS:  Well, the vegetation there had to get

21  there, so the crack -- one of the things I teach my Geology 101

22  students is that one of the ways rocks are broken up is by

23  vegetation.  As roots go into the area, into a rock, it gets a

24  little crack.  It grows a little bit more, breaks it on open a

25  little bit more, cracks a little bit more.  It's called

 1    weathering.  Same thing happens with these pipes.  Once a

 2    little crack forms and a piece of root can get into it, it's

 3    going to keep working its way in until it breaks the pipe

 4    further and further apart.

 5    BY MR. SMITH:

 6    Q.   In your opinion, how well does the discharge of

 7    perchlorate-laden brine through the sewer system explain the

 8    continuing existence of the hot spot in the plume?

 9    A.   I think it's -- it certainly explains why we have a

10    constant concentration and why it hasn't gone down over 20

11    years.  We know that there's nothing coming towards the area,

12    so there has to be a continual source at that location of that

13    hot spot.  And so I -- my opinion is they have -- no one has

14    identified, including myself, the exact address or the exact

15    industry that's causing the contamination that we see in that

16    hot spot, but the augmentation of the leaky sewer lines

17    throughout this system, it basically keeps funneling more and

18    more back in the system.  So instead of treating that 120

19    billion gallons of water and cleaning it up and removing 4 tons

20    of perchlorate, they keep putting more perchlorate back in,

21    repeatedly.

22                MR. SMITH:  I have nothing further, Your Honor.

23                THE COURT:  Okay.

24          Cross.

25                MR. HEAD:  Thank you, Your Honor.

UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA

```
 1              THE COURT:  If you want to stop now, we can, because
 2    we have only one more minute left.
 3              MR. HEAD:  Leave it to Your Honor.
 4              THE COURT:  So we can do cross in the morning.
 5              MR. HEAD:  Thank you.
 6              THE COURT:  Ladies and gentlemen, we're going to
 7    break for the evening.  Remember the admonishment not to
 8    discuss the case among yourselves or with anybody else or form
 9    or express any opinions about the matter until it's submitted
10    to you and you retire to the jury room.
11        I'm assuming we will be finishing the witnesses probably
12    tomorrow morning, and then we will instruct you and -- excuse
13    me.  We'll hear argument, instruction, and then we'll be giving
14    it to you sometime tomorrow.  But do keep in -- particularly
15    since you've heard all the evidence now, not to even think
16    about this case tomorrow.  When you come back in, we'll finish
17    up tomorrow morning, okay?
18        You can be excused at this time.  I'm going to talk with
19    the attorneys a little bit, so I'm going to stay here.
20              THE CLERK:  All rise.
21              THE COURT:  You can step down also, sir.
22              THE WITNESS:  Okay.  Thank you.
23        (Outside the presence of the jury:)
24              THE COURT:  Okay.  You can have seats.  Couple of
25    things we want to do.
```

UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA

1      First of all, you had a issue that you wanted to bring up,

2   Counsel.

3           MR. SMITH:  Yes, Your Honor.

4      I have a motion to reopen the testimony of Eugenio Ponce,

5   because had a lot of questions to pose to him to challenge and

6   attack the opinions of George Intille, and there was an

7   objection that was raised and sustained on the grounds that

8   that -- those opinions were not in Mr. Ponce's report.  And

9   indeed they aren't, for two reasons.

10      Number one, as a non-retained expert under Rule 26(a), a

11   non-retained expert is not required to provide a report, so it

12   was perfectly appropriate for him not to have a report.

13      Second, and this goes to fairness, the Court may recall it

14   struck Dr. Intille's report in 2015 and denied leave for it,

15   and the Ninth Circuit affirmed this Court on that.  At the

16   pretrial conference, the Court, which has discretion in these

17   matters, denied our motion to strike Dr. Intille's report again

18   when they refiled it after the Ninth Circuit remand.  So here

19   we were facing George Intille at the pretrial conference, you

20   know, when you gave the tentative ruling.

21      So we had no time for this witness, Mr. Ponce, to prepare

22   a rebuttal report.  It's the first time it had ever been

23   allowed in the history of this case.  So we thought it was fair

24   for this witness, then, to testify today to rebut Dr. George

25   Intille's report, which, in fact, was itself a rebuttal to

UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA

107

1    Mr. Ponce's original opinions that had been disclosed in his

2    deposition back in 2011.

3                THE COURT:  So you're saying it's kind of a

4    surrebuttal.

5                MR. SMITH:  It's a surrebuttal.  And I thought your

6    last order addressed this issue almost directly.

7                THE COURT:  And before you get to that, we have also

8    a similar motion on the part of the plaintiff to offer a

9    surrebuttal as far as --

10               MR. HEAD:  Dr. Sturchio.

11               THE COURT:  -- Dr. Sturchio.

12       I denied that on the -- excuse me.  In the motion in

13   limine I address that and made a ruling on it, and the ruling's

14   going to be the same here.  It's going to be denied.  And the

15   ruling's going to be the same in your case for the same reason.

16       And keep in mind, the question you asked wasn't his

17   opinion on something.  You asked him to give an expert opinion

18   on what another expert had said, not on what the facts were.

19       But one way or the other, it's surrebuttal, and the

20   ruling's going to be consistent.  Yours is going to be denied

21   as far as surrebuttal here, and yours will also be denied also

22   as far as surrebuttal.

23       Let's talk about time just so everyone knows what's going

24   on.

25               MR. HEAD:  Your Honor, just before --

UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA

```
 1                THE COURT:  Yes.

 2                MR. HEAD:  If I can just address the issue of

 3    Dr. Sturchio briefly.

 4                THE COURT:  Well, you already did in your moving

 5    papers, but go ahead.  I'll give you few minutes on it.

 6                MR. HEAD:  We did.  And in the context of the moving

 7    papers, it was prior to trial.  During the course of trial,

 8    they've obviously, in the course of their presentation, taken a

 9    great deal of liberty relative to the north/south distinction

10    of the Atacama Desert.

11         When we had filed Dr. Sturchio's original rebuttal, that

12    was in response to the first time that had ever been raised in

13    this case, and the rebuttal report from Dr. Sturchio was in

14    fact filed within the period of time that's allowed for in the

15    federal rules once a new opinion has been raised by an expert

16    on the other side.  Simply because it was framed,

17    quote/unquote, as a rebuttal report from their expert, it was

18    still the first time it had been presented in the course of

19    this case.  And as a result, the first time that --

20                THE COURT:  Which was presented when?

21                MR. HEAD:  It was presented -- so the sequence

22    was --

23                THE COURT:  When was it presented?

24                MR. HEAD:  It was presented on March 9th, and

25    then --
```

UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA

1          THE COURT:  As of March 9th, you knew about it,

2     then.

3          MR. HEAD:  We knew about it on March 9th, and then

4     we filed the report and response from Dr. Sturchio on

5     April 8th, and that was the first time, first rebuttal, first

6     opportunity for rebuttal.  That motion was denied, and I

7     understand that in terms of the -- where we were before trial.

8     But now that we've gone through trial, we've got this very

9     large exhibit that has now taken up part of the back of the

10    room.  They have focused a great deal of testimony on this one

11    issue that we were unable to rebut, not because we failed to do

12    it in a timely manner, but simply because it was a response to

13    what they had put in the first -- for the first time in

14    something that they called a rebuttal.  There was no

15    surrebuttal per se.

16          THE COURT:  And the argument is not that much

17    different than what you put in your moving papers.

18          MR. HEAD:  Fair enough, Your Honor.

19          THE COURT:  You have made that.

20     And do you want to address that, Counsel?

21          MR. SMITH:  No, Your Honor.  I think both of our

22    moving papers had it.

23          THE COURT:  I think both of them have, yeah.  And

24    the ruling's going to be the same based on the moving papers

25    that were presented to the Court and the Court's exercise of

1    its discretion.  That surrebuttal will not be allowed on either

2    case, either for the plaintiff or the defendant.

3         As far as timing goes, the plaintiff has moved ahead of

4    the defendant here insofar as the plaintiff has left 84

5    minutes.  The defendant has left 22 minutes.

6         I will go through -- we received some new jury

7    instructions yesterday, I believe, which I'll also be going

8    through.  In the morning I will be able to tell you, I think,

9    when we come back, what the instructions I'm going to be giving

10   are.

11        Remember when you're preparing your argument, which will

12   be probably tomorrow, always couch your argument in terms of

13   you think the jury -- or the Court will instruct you or

14   anticipate the Court will instruct you.  Don't ever say the

15   Court's going to instruct you, because I may not do it the same

16   way.  So just phrase it in terms of "I anticipate the Court

17   will instruct you."  I will give you those rulings on the

18   instructions tomorrow.  I believe I only have one new set of

19   instructions that was presented by -- I forget which side.  I

20   think it was the plaintiff.

21             MR. JOHNSON:  It was us, Your Honor.

22             THE COURT:  By the defendant, okay.

23        And then I have the disputed instructions from the

24   plaintiff and the defendant, and I've got the general

25   instructions, also.

1           MR. HEAD:  And we would just object on that.  We

2     aren't going to file a written objection, but the timeliness of

3     the jury instructions that were filed today.

4           THE COURT:  And I appreciate that, and that may

5     factor into whether or not I'm going to give them or not.  I

6     can tell you the Court does not like to give instructions that

7     are really argumentative or recitation of facts.  There were a

8     lot of the disputed instructions that really were just a

9     recitation of facts that had come in during the trial.  And the

10    Court likes to adhere as much as possible to standard

11    instructions.  So I'll let you know also before we get started.

12      Okay.  We'll see you back in the morning.  And Counsel,

13    I'm going to ask you, if you don't mind, because of the

14    instructions and all, we're going to start 8:30, but if you

15    could be here at 8:00 o'clock in case I have anything I need to

16    work out with you, okay?

17          MR. HEAD:  Thank you, Your Honor.

18          MR. SMITH:  Thank you, Your Honor.

19          THE CLERK:  All rise.

20      Court is adjourned.

21

22      (Proceedings adjourned at 4:08 p.m.)

23

24                    --oOo--

25

UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA

```
 1                          CERTIFICATE

 2

 3        I hereby certify that pursuant to Section 753,

 4   Title 28, United States Code, the foregoing is a true and

 5   correct transcript of the stenographically reported proceedings

 6   held in the above-entitled matter and that the transcript page

 7   format is in conformance with the regulations of the

 8   Judicial Conference of the United States.

 9

10   Date:  May 16, 2018

11

12

13

14                    /S/ SANDRA MACNEIL

15                Sandra MacNeil, CSR No. 9013

16

17

18

19

20

21

22

23

24

25
```

UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA