# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES - TRIAL

| | |
|---|---|
| Case No. | 2:11-cv-00167-RGK-JEM |
| Title: | City of Pomona v. Sociedad Quimica Y Minera De Chile SA et al |
| Date | September 7, 2021 |

Present: The Honorable **R. GARY KLAUSNER, UNITED STATES DISTRICT JUDGE**

| Jennifer Graciano | Miriam Baird |
|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder* |

| Attorneys Present for Plaintiff(s): | Attorneys Present for Defendants: |
|---|---|
| Kenneth A. Sansone, Lisa Glasser, Jason Sheasby | Michael Johnson, R. Gaylord Smith. |

___ Day Court Trial    **Fifth** Day Jury Trial

___ One day trial:    ___ Begun (1st day);    **X** Held & Continued;    ___ Completed by jury verdict/submitted to court.

___ The Jury is impaneled and sworn.
___ Opening statements made by
___ Witnesses called, sworn and testified.    ___ Exhibits Identified    ___ Exhibits admitted.
___ Plaintiff(s) rest.    ___ Defendant(s) rest.
✓ Closing arguments made by    ✓ plaintiff(s)    ✓ defendant(s).    ✓ Court instructs jury.
✓ Bailiff(s) sworn.    ✓ Jury retires to deliberate.    ___ Jury resumes deliberations.
___ Jury Verdict in favor of    ___ plaintiff(s)    ___ defendant(s) is read and filed.
___ Jury polled.    ___ Polling waived.
___ Filed Witness & Exhibit Lists    ___ Filed jury notes.    ___ Filed jury instructions.
___ Judgment by Court for    ___ plaintiff(s)    ___ defendant(s).
___ Findings, Conclusions of Law & Judgment to be prepared by    ___ plaintiff(s)    ___ defendant(s).
___ Case submitted.    Briefs to be filed by _____
___ Motion to dismiss by _____ is ___ granted.    ___ denied.    ___ submitted.
___ Motion for mistrial by _____ is ___ granted.    ___ denied.    ___ submitted.
___ Motion for Judgment/Directed Verdict by _____ is ___ granted.    ___ denied.    ___ submitted.
___ Settlement reached and placed on the record.
___ Clerk reviewed admitted exhibits with counsel to be submitted to the Jury/Court for deliberation/findings.
___ Counsel stipulate to the return of exhibits upon the conclusion of trial. Exhibit Release Form prepared and filed.
___ Trial subpoenaed documents returned to subpoenaing party.
✓ Case continued to    September 8, 2021 at 8:30AM    for further trial/further jury deliberation.
___ Other:

| | | |
|---|---|---|
| | 2 : 47 | |
| | Initials of Deputy Clerk    jgr | |

cc: