Seth D. Mansergh, SBN 274892
Kenneth A. Sansone, SBN 319982
SL ENVIRONMENTAL LAW GROUP, PC
175 Chestnut Street
San Francisco, CA 94133
Telephone: (415) 348-8300
Facsimile: (415) 348-8333
Email:      smansergh@slenvironment.com
            ksansone@slenvironment.com

Jason G. Sheasby, SBN 205455
Lisa S. Glasser, SBN 223406
IRELL & MANELLA LLP
1800 Avenue of the Stars, Suite 900
Los Angeles, CA 90067
Telephone: (310) 277-1010
Facsimile: (310) 203-7199
Email:      jsheasby@irell.com
            lglasser@irell.com

Attorneys for Plaintiff CITY OF POMONA

JS-6

# IN THE UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CITY OF POMONA,<br><br>  Plaintiff,<br><br>  vs.<br><br>SQM NORTH AMERICA CORPORATION,<br><br>  Defendant. | CASE NO. 11-CV-00167-RGK-JEMx<br><br>[~~PROPOSED~~] **JUDGMENT ON JURY VERDICT**<br><br>Judge: Hon. R. Gary Klausner<br>Courtroom: 850<br>Trial Date: August 31, 2021 |

1  This action having been tried before the Court sitting with a jury, the Honorable R. Gary Klausner, United States District Judge, presiding; the issues having been duly tried and the jury having duly rendered its verdict in open court on September 8, 2021, by way of answers to special questions on the Jury Verdict Form (DN 744);

It is hereby ordered that judgment on the verdict is entered in this matter in favor of Plaintiff City of Pomona, against Defendant SQM North America Corporation, in the sum of Forty-Eight Million, One Hundred Twenty Eight Thousand, Three Hundred Seventy Eight Dollars ($48,128,378.00), exclusive of Plaintiff's costs of action, to be later taxed by the Clerk of Court.

SO ORDERED.

Dated:  January 27, 2022

*[signature: Gary Klausner]*

R. Gary Klausner
United States District Judge