R. GAYLORD SMITH, SBN 72726
  Bob.Smith@lewisbrisbois.com
MICHAEL K. JOHNSON, SBN 130193
  Michael.Johnson@lewisbrisbois.com
LANN G. MCINTYRE, SBN 106067
  Lann.McIntyre@lewisbrisbois.com
LEWIS BRISBOIS BISGAARD & SMITH LLP
650 Town Center Drive, Suite 1400
Costa Mesa, CA 92626
Tel: (714) 545-9200
Fax: (714) 850-1030

THEANE EVANGELIS, SBN 243570
  tevangelis@gibsondunn.com
GIBSON DUNN & CRUTCHER LLP
333 South Grand Avenue
Los Angeles, CA 90071-3197
Tel: (213) 229-7000
Fax: (213) 229-7520

Attorneys for Defendant SQM NORTH AMERICA CORPORATION

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| CITY OF POMONA,<br><br>            Plaintiff,<br><br>      vs.<br><br>SQM NORTH AMERICA CORPORATION,<br><br>            Defendant. | CASE NO. 2:11-CV-00167-RGK (JEMx)<br><br>**DEFENDANT SQMNA'S AMENDED NOTICE OF APPEAL AND REPRESENTATION STATEMENT**<br><br>Hon. R. Gary Klausner |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**NOTICE IS HEREBY GIVEN** that Defendant SQM NORTH AMERICA CORPORATION hereby amends its Notice of Appeal to the United States Court of Appeals for the Ninth Circuit, filed with this Court on February 25, 2022 (Dkt. 760), and docketed in the United States Court of Appeals for the Ninth Circuit as Case No. 22-55219.

With this Amended Notice of Appeal, SQM NORTH AMERICA CORPORATION hereby appeals from the final judgment entered in this action on January 27, 2022 (Dkt. 750), from the order denying SQM NORTH AMERICA CORPORATION's motion for a new trial entered on May 6, 2022 (Dkt. 788), and from any and all judgments, orders, and rulings of this Court that were adverse to SQM NORTH AMERICA CORPORATION, whether or not subsumed within the January 27, 2022 judgment. In this Amended Notice of Appeal, SQM NORTH AMERICA CORPORATION expressly incorporates its prior Notice of Appeal (Dkt. 760).

SQM NORTH AMERICA CORPORATION's Representation Statement is attached to this Amended Notice as required by Federal Rule of Appellate Procedure 12(b), and Ninth Circuit Rules 3-2(b) and 12-2.

Dated: May 16, 2022

By: */s/ Theane Evangelis*

Theane Evangelis
GIBSON, DUNN & CRUTCHER LLP

*Attorneys for Defendant SQM North America Corporation*

# REPRESENTATION STATEMENT
Ninth Circuit Rule 3-2(b)

**Counsel for Plaintiff City of Pomona:**

Seth D. Mansergh
SL ENVIRONMENTAL LAW GROUP, PC
201 Filbert St, Suite 401
San Francisco, CA 94133
Telephone: (415) 348-8300
Facsimile: (415) 348-8333

Kenneth A. Sansone
SL ENVIRONMENTAL LAW GROUP, PC
201 Filbert St, Suite 401
San Francisco, CA 94133
Telephone: (415) 348-8300
Facsimile: (415) 348-8333

Alexander I. Leff
SL ENVIRONMENTAL LAW GROUP, PC
201 Filbert St, Suite 401
San Francisco, CA 94133
Telephone: (415) 348-8300
Facsimile: (415) 348-8333

Richard W. Head
SL ENVIRONMENTAL LAW GROUP, PC
One Capital Plaza Concord, NH 03302
Telephone: (603) 226-2600
Facsimile: (603) 226-2700

Andrew L. Jared
ALVAREZ-GLASMAN & COLVIN
13181 Crossroads Parkway, North Suite 400 – West Tower
City of Industry, CA 91746
Telephone: (562) 699-5500
Facsimile: (562) 692-2244

| | |
|---|---|
| 1 | Arnold M. Alvarez-Glasman |
| 2 | ALVAREZ-GLASMAN & COLVIN |
|  | 13181 Crossroads Parkway, North Suite 400 – West Tower |
| 3 | City of Industry, CA 91746 |
| 4 | Telephone: (562) 699-5500 |
|  | Facsimile: (562) 692-2244 |
| 5 |  |
| 6 | Jason G. Sheasby |
|  | IRELL AND MANELLA |
| 7 | 1800 Avenue of the Stars, Suite 900 |
| 8 | Los Angeles, CA 90067-4276 |
|  | Telephone: (310) 203-7096 |
| 9 | Facsimile: (310) 282-5712 |
| 10 |  |
|  | Lisa Sharrock Glaser |
| 11 | IRELL AND MANELLA |
| 12 | 1800 Avenue of the Stars, Suite 900 |
|  | Los Angeles, CA 90067-4276 |
| 13 | Telephone: (310) 277-1010 |
| 14 | Facsimile: (310) 203-7199 |
| 15 |  |
| 16 | **Counsel for Defendant SQM North America Corporation:** |
| 17 | Michael K. Johnson |
| 18 | LEWIS BRISBOIS BISGAARD & SMITH LLP |
|  | 2185 North California Boulevard, Suite 300 |
| 19 | Walnut Creek, CA 94549-2872 |
| 20 | Tel: (925) 357-3456 |
|  | Fax: (925) 478-3260 |
| 21 |  |
| 22 | Joseph A. Salazar, Jr. |
|  | LEWIS BRISBOIS BISGAARD & SMITH LLP |
| 23 | 2850 Gateway Oaks Drive Suite 450 |
| 24 | Sacramento, CA 95833 |
|  | Tel: (916) 564-5400 |
| 25 | Fax: (916) 564-5444 |
| 26 |  |
| 27 |  |
| 28 |  |

4825-8894-2074.1     3     Case No. 2:11-CV-00167-RGK (JEMx)

DEFENDANT SQMNA'S AMENDED NOTICE OF APPEAL AND REPRESENTATION STATEMENT

| | |
|---|---|
| 1 | R. Gaylord Smith |
| 2 | LEWIS BRISBOIS BISGAARD & SMITH LLP |
|   | 550 West C Street, Suite 1700 |
| 3 | San Diego, CA 92101 |
| 4 | Tel:   (619) 699-4975 |
|   | Fax:  (619) 233-8627 |
| 5 | |
| 6 | Theane Evangelis |
|   | GIBSON DUNN & CRUTCHER LLP |
| 7 | 333 South Grand Avenue |
| 8 | Los Angeles, CA   90071-3197 |
|   | Tel:   (213) 229-7000 |
| 9 | Fax:  (213) 229-7520 |
| 10 | |
|    | Daniel Nowicki |
| 11 | GIBSON DUNN & CRUTCHER LLP |
| 12 | 333 South Grand Avenue |
|    | Los Angeles, CA   90071-3197 |
| 13 | Tel:   (213) 229-7000 |
| 14 | Fax:  (213) 229-7520 |