1
2
3
4
5
6
7
8

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CITY OF POMONA,<br><br>        Plaintiff,<br><br>    vs.<br><br>SQM NORTH AMERICA CORPORATION,<br><br>        Defendant. | CASE NO. 2:11-CV-00167-RGK-JEMx<br><br>**AMENDED** [~~PROPOSED~~] **JUDGMENT ON JURY VERDICT AND ORDER OF REMITTITUR**<br><br>[807]<br><br>Judge:      Hon. R. Gary Klausner |

///
///
///

---

[~~PROPOSED~~] JUDGMENT ON JURY VERDICT AND ORDER OF REMITTITUR

1   This action having been tried before the Court sitting with a jury, the
2   Honorable R. Gary Klausner, United States District Judge, presiding; the issues
3   having been duly tried and the jury having duly rendered its verdict in open court
4   on September 8, 2021, by way of answers to special questions on the Jury Verdict
5   Form (DN 744); and the Honorable Court having ordered remittitur of the jury's
6   award by order dated August 1, 2023 (DN 805):

7   It is hereby ordered that judgment on the verdict as remitted is entered in this
8   matter in favor of Plaintiff City of Pomona, against Defendant SQM North
9   America Corporation, in the sum of Thirty Million, Two Hundred Eighty
10  Thousand, Eight Hundred Two Dollars ($30,280,802.00), together with pre-
11  judgment interest under California Civil Code § 3287(a) in the sum of One
12  Million, Fifty-One Thousand, Six Hundred Eighty-Seven Dollars and Eighty-Eight
13  Cents ($1,051,687.88), and costs in the sum of One Hundred Fifty-Two Thousand,
14  Four Hundred Sixty Dollars and Thirty-Seven Cents ($152,460.37), as previously
15  taxed by the Clerk (DN 790), for a total of Thirty-One Million, Four Hundred
16  Eighty-Four Thousand, Nine Hundred Fifty Dollars and Twenty Cents
17  ($31,484,950.20), all subject to post-judgment interest under 28 U.S.C. § 1961(a)
18  at the prevailing rate of 5.36 percent.
19  SO ORDERED.

21  Dated:  8/8/2023

23  R. Gary Klausner
    United States District Judge